Name _Danelle Scoggins_

Street Address _PO Box 811_

City and County _Fresno CA 93712_

State and Zip Code _CA 93712_

Telephone Number _559-831-8325_

FILED

DEC 01 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_Danelle Renee Scoggins_

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_Falcon Court / Turning Point of Central California, INC_

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _1-22-CV-01542-EPG_

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Danelle Renee Scoggins
Street Address  P.O. Box. 811.
City and County  Fresno
State and Zip Code  CA 93712
Telephone Number  1-559-831-8325

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name  Falcon Court / Turning point
Job or Title  of central california Inc /
(if known)
Street Address  4415 W. Clark st. office #1
City and County  fresno  CA
State and Zip Code  93726
Telephone Number  1-659-248-9445

Defendant No. 2

Name  Turning point of central california
Job or Title  goverment agency
(if known)
Street Address  615 S Atwood St
City and County  Visalia, CA. 93290
State and Zip Code  93290
Telephone Number  1-559- 732-8086.

Defendant No. 3

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number



Defendant No. 4

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number



## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in Federal Court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as
any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

    ☒ Federal question                ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Fair Housing Act protect from Housing discrimination of Hud Disability mental Status federalism ; Constitution that guarantees every American fundamental Rights and protection of Life, Liberty and properity*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Dandle Rence Scoggins*, is a citizen of the State of *(name)* *America*.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *Dandle Renee Scoggins*, is incorporated under the laws of the State of *(name)* *America*, and has its principal place of business in the State of *(name)* *America*.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* *Fresno court / Turning Point of central California Inc* is a citizen of the State of *(name)* *America*. Or is a citizen of *(foreign nation)* *United States of America*

4

b.   If the defendant is a corporation

The defendant, *(name)* Falcon court / Turning point of central ca. Inc DS, is
incorporated under the laws of the State of *(name)*
United State of America and has its principal place of
business in the State of *(name)* of America. *Or is*
incorporated under the laws of the *(foreign nation)*
U.S.C, and has its principal place of
business in *(name)* United State of America

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

A Safe place environment Apt. or home for me
and my kids with a peace of mind. 1 million dollas
for all the pain & suffering for 10 years periods

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

ALtEx I mold Expouse My lil son was pronounce
Decease d at 9/9/2014 2:00 pm but thanks be
to god he come back me and my older so was
Expose d to mold as well see picture of mold that was left
inside my Apt and 3/4 month later and Explosion
that had me and my Boys Traumatize we still can't
sleep that well because of it physical pain as well as
mental ~ pain Emotional distress mental anguish, depressed
because i'm still Living and a unsafe Environment Yet i don't have
No where to go. and i don't wont to be homeless again so i just been papers

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Do to discomfort and distress and unpleasant things mental & physical with out them trying to Retaliate on me and my family, My relief is a New safe clean health Environment home /Apt & 1 million Dollars for ongoing pain & suffering for 10 years for each Apt that all connected*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-1-  2022

Signature of Plaintiff   *Danelle Renee Scoggin*

Printed Name of Plaintiff   *DANELLE Renee Scoggins*



*1 copy each page*

3727 N First St
Fresno, CA 93726-5628
(559)457-6900

PATIENT: Shawn Williams
DATE OF BIRTH: 01/29/2013
DATE: 09/09/2014 02:00 PM
VISIT TYPE: Office Visit

This 19 month old male presents for peds forms.

## History of Present Illness:

1. peds forms

Pt presents with mother after being d/c from ED with diagnosis of URI and OM. He has had several hospitalizations re: resp. issues. Hx of RSV.

Intake Comments: 19 mo male pt here with mother for forms per mother. MChavez MA

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Asthma | 09/09/2014 | Y | |

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| ALTE x 1 ( mold exposure, respiratory ) bilateral polydactyly to 5th digits | | moved to new apt.<br><br>s/p removal by Plastic Surgery | | |
| ER by ambulance resp distress | 03/12/2013 | | | Choke, gag after cereal fed in bottle at less than 1 mo of age |
| Respiratory Distress/Sepsis rule out | | NICU x 7 days/ABx x 7 days | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Williams, Shawn | 000000207248 | 01/29/2013 | 09/09/2014 02:00 PM | 1/6 | | |



"Caring for the Community"

3727 N First St
Fresno , CA 93726-5628
(559)457-6900

| PATIENT: | Isaac Scoggins |
|---|---|
| DATE OF BIRTH: | 12/10/2001 |
| DATE: | 05/24/2013 11:15 AM |
| MRN: | 000000207888 |
| HISTORIAN: | mother |
| VISIT TYPE: | Office Visit |

### History of Present Illness
This 11 year 5 month old male presents with:
**1. HRV Mold exposure**
Lasting for varies. It occurs daily. The problem is improving. Context: ill contacts, ill family member and Household with resp problems. Mold exposure. The patient's mother denies aggravating factors. The patient's mother denies relieving factors. Associated symptoms include rhinorrhea. Pertinent negatives include cough, decreased PO intake, decreased urine output, diarrhea, fatigue, fever, nausea, vomiting and wheezing. Additional information: Seen at St. Agnes and then at CHCC for respiratory problems, asthma exacerbation. Mom found mold in closet in walls and all clothes. Infant brother had resp distress, also seen in ER.
Moved for 3rd time, now everyone is feeling much better after 2 days in new apt that was tested to be mold free per mom.
Still with runny nose but no Flonase since its in mold apt. Mom to obtain Flonase today.
Mom not sure why CHCC caller her.
Asthma exacerbation better since out of apt, no night cough, no wheeze. Using Qvar.

### Nursing Comments
11 y/o m with mother here x hrv, pt only went to childerns hospital...Bgozanlez/ma

### Chronic Problems
Hearing deficit
Allergic rhinitis
Asthma
### Chronic Problems Addressed Today
**1. Allergic rhinitis.**

### Past Medical History
Reviewed, no changes. Last detailed document: 05/01/2013.

### Family History
Patient reports there is no relevant family history.

### Social History
Reviewed, no changes. Last detailed document date: 05/01/2013.

### Medication Reconciliation
*Isaac Scoggins*          *12/10/2001*

DATE: 06/08/13 @ 0150  
USER: SMC11

EDM    Emergency  
EDM Patient Record

PAGE 11

Patient: SCOGGINS, ISAAC D  
Age/Sex  11/M

Account No  H00059193862  
Unit No  M000640939

## Orders

| Date | Time | Procedure | Ordering Provider |
|------|------|-----------|-------------------|
| 05/08/13 | 0113 | CHEST AP or PA,LAT (CXR) 71020 | BAYER, MATTHEW MD |

## Patient Instructions

CHCC General Instructions  
Asthma – Pediatric  
Metered-Dose Inhaler

## Additional Instructions

use inhalers with spacer as prescribed  
recheck for increased trouble breathing not responsive to  
albuterol inhaler  
Isaac has reactive airway disease.  He should not be living in a  
home that is known to have mold, at present or in the past.  This  
may seriously aggravate his condition.

## Referrals

SCOGGINS, ISAAC D has been referred to the below for follow up care:

BANGAR, PARMALA KUMAR MD  
3727 N FIRST ST, STE 106  
FRESNO, CA 93726  
Ph: 559-457-6900  
Fax: 559-457-6990

## Departure Forms

Work Excuse

Defendant is two, Falconcourt, Turning point of central ca.

b  IF the defendant is corporation: The defendant Name
1. Turning point of central ca, Inc., ~~aaaa~~ Incorporated
under the laws of the state of (name) united State of
America  and has its principal place of business
in the state of (name) of America. OR is incorporate
under the laws of (foreign nation). U.S.C. and
has it's principal place of business in (Name)
united State of America.

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE RENEE SCOGGIN,<br><br>Plaintiff,<br><br>v.<br><br>TURNING POINT CENTRAL<br>CALIFORNIA,<br><br>Defendant. | Case No. 1:20-cv-00140-DAD-SAB<br><br>SCREENING ORDER GRANTING<br>PLAINTIFF LEAVE TO FILE A FIRST<br>AMENDED COMPLAINT<br><br>(ECF No. 1)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Danelle Renee Scoggin ("Plaintiff"), appearing *pro se*, filed the complaint in this action on January 28, 2020.  (Compl., ECF No. 1.)  Following an initial denial of her *in forma pauperis* application, Plaintiff has now been granted *in forma pauperis* status and her complaint is before the Court for screening.  (ECF Nos. 2, 4, 6, 7, 8, 9.)

## I.

## SCREENING REQUIREMENT

Notwithstanding any filing fee, the court shall dismiss a case if at any time the Court determines that the complaint "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2); see Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) (section 1915(e) applies to all *in forma pauperis* complaints, not just those filed by prisoners);

1  "Grandmother".

2       A copy of the screening order was attached to the document and therefore it is apparent

3  that the re-served document was received.  Pursuant to the Local Rules of the Eastern District of

4  California, Plaintiff is required to keep the court updated with her current address.  L.R. 182(f).

5  The Court will not make phone calls to attempt to track down Plaintiff.  Further, all documents

6  filed in this matter must be signed by the person who is appearing *in propria person* (the

7  plaintiff).  L.R. 131(b).

8       The Court shall have the order re-served on Plaintiff based upon the inference that

9  Plaintiff did not receive the document, but no further filings will be accepted in this action unless

10  they are signed by Plaintiff or an attorney.

11       Based on the foregoing, IT IS HEREBY ORDERED that:

12  1.      The first amended complaint filed June 11, 2020, is DISREGARDED;

13  2.      The Office of the Clerk is DIRECTED to reserve the March 27, 2020 screening

14          order (ECF No. 10) on the current address of record;

15  3.      Plaintiff SHALL FILE a first amended complaint within **thirty (30) days** of the

16          date of service of this order;

17  4.      No further filings will be accepted from Plaintiff in this action unless they contain

18          the signature of Plaintiff or her attorney should she obtain one; and

19  5.      Failure to file an amended complaint in compliance with this order will result in

20          the recommendation that this action be dismissed for failure to state a claim.

21

22  IT IS SO ORDERED.

23  Dated:   **June 12, 2020**

UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

| ATTORNEY (Name and Address):                       SBN: | FOR COURT USE ONLY |
|---|---|
| Danelle R. Scoggins<br>4946 N. Recreation Ave., A<br>Fresno, CA  93726<br><br>E-MAIL:<br>ATTORNEY FOR: **In Propria Persona**<br>NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>**Fresno County Superior Court<br>1100 Van Ness<br>Fresno, CA  93724<br>Fresno** | |

| PLAINTIFF:<br>**Danelle R. Scoggins** | COURT CASE NO.: |
|---|---|
| DEFENDANT:<br>**Warren Properties Inc.** | **15CESC02369** |

| **Proof of Service** | LEVYING OFFICER FILE NO.:<br>**2016452701** |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):  **Plaintiff's Claim and ORDER to go to Small Claims Court (Small Claims)**

3. a. Party served:       **Warren Properties Inc.**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):  **Sandy Boone, Human Resources Director**

4. Address where party was served:      **140 N. Escondido Blvd<br>Escondido, CA  92025-2610**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 07/29/2016 (2) at: 09:39 AM.

7. Person who served papers:
   a. Name:  **J Ritter 7760**
   b. Address:  **San Diego County Sheriff Sheriff's Civil Office 325 South Melrose Dr  Ste 2400  Vista, CA  92081-6692**
   c. Telephone Number:   **(760) 940-2898**
   d. The fee for service was: **$40.00 Waiver**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Monday, August 1, 2016

Hearing:  **08/25/2016 01:30 PM in Dept/Div: 97E**

Remarks

*R LACROIX, 2516*

Sheriff's Authorized Agent
William D. Gore, Sheriff

Judicial Council form POS-010                    **Attorney/Plaintiff**                    0/828256

Danelle R. Scoggins
4946 N. Recreation Ave., A
Fresno, CA  93726

*** This certificate ONLY for out of state courts ***

### CERTIFICATE OF ACKNOWLEDGEMENT

State of **California**
County of **San Diego**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _____, before me _____

personally appeared _____, who proved to me on the basis

of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that

he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the

person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

(NOTARY SEAL)

WITNESS my hand and official seal.

_____

**UD-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>LOUIE CORONADO, ESQ., SBN 181798, A.P.L.C.<br>2525 ALLUVIAL AVENUE, STE. 320<br>CLOVIS, CA 93611<br><br>TELEPHONE NO.: 559-472-3629   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF, WARREN PROPERTIES, INC. | FOR COURT USE ONLY<br><br>F I L E D<br><br>OCT 2 1 2015<br><br>FRESNO SUPERIOR COURT<br>By _____<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
STREET ADDRESS: 1130 O STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: FRESNO, CA 93724
BRANCH NAME: CENTRAL DIVISION-LIMITED CIVIL

PLAINTIFF: WARREN PROPERTIES, INC.

DEFENDANT: DANIELLE SCOGGINS

☐ DOES 1 TO ____

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| ☑ COMPLAINT   ☐ AMENDED COMPLAINT *(Amendment Number):* ____ | 1 5 CE CL 0 7 8 4 6 |

**Jurisdiction** *(check all that apply):*
☑ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded ☑ does not exceed $10,000
                ☐ exceeds $10,000 but does not exceed $25,000

☐ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*
    ☐ from unlawful detainer to general unlimited civil (possession not in issue)    ☐ from limited to unlimited
    ☐ from unlawful detainer to general limited civil (possession not in issue)    ☐ from unlimited to limited

1. PLAINTIFF *(name each)*: WARREN PROPERTIES, INC.

  alleges causes of action against DEFENDANT *(name each)*: DANIELLE SCOGGINS

2. a. Plaintiff is (1) ☐ an individual over the age of 18 years. (4) ☐ a partnership.
             (2) ☐ a public agency. (5) ☑ a corporation.
             (3) ☐ other *(specify):*

  b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
  3373 N. MILLBROOK AVE., APT. 39, FRESNO, CA 93726, FRESNO COUNTY

4. Plaintiff's interest in the premises is ☑ as owner ☐ other *(specify):*
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date)*: 7/29/15    defendant *(name each)*: DANIELLE SCOGGINS

    (1) agreed to rent the premises as a ☐ month-to-month tenancy ☑ other tenancy *(specify)*: SIX MONTH LEASE
    (2) agreed to pay rent of $ 510.00     payable ☑ monthly ☐ other *(specify frequency)*:
    (3) agreed to pay rent on the ☑ first of the month ☐ other day *(specify)*:
  b. This ☑ written ☐ oral   agreement was made with
    (1) ☐ plaintiff.             (3) ☐ plaintiff's predecessor in interest.
    (2) ☑ plaintiff's agent.      (4) ☐ other *(specify):*

**\* NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

**COMPLAINT—UNLAWFUL DETAINER**
Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
*www.courtinfo.ca.gov*

*www.accesslaw.com*

| PLAINTIFF *(Name)*: WARREN PROPERTIES, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: DANIELLE SCOGGINS | |

6.   c.   ☑  The defendants not named in item 6a are
    (1) ☑  subtenants.
    (2) ☐  assignees.
    (3) ☐  other *(specify)*:

   d.   ☐  The agreement was later changed as follows *(specify)*:

   e.   ☑  A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1.  *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

   f.   ☐  *(For residential property)*  A copy of the written agreement is **not** attached because *(specify reason)*:
    (1) ☐  the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☐  this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7.  ☑  a.  Defendant *(name each)*: DANIELLE SCOGGINS


    was served the following notice on the same date and in the same manner:
    (1) ☐  3-day notice to pay rent or quit    (4) ☐  3-day notice to perform covenants or quit
    (2) ☐  30-day notice to quit    (5) ☑  3-day notice to quit
    (3) ☐  60-day notice to quit    (6) ☐  Other *(specify)*:

   b.  (1)  On *(date)*: 10/16/15    the period stated in the notice expired at the end of the day.
    (2)  Defendants failed to comply with the requirements of the notice by that date.

   c.  All facts stated in the notice are true.

   d.  ☑  The notice included an election of forfeiture.

   e.  ☑  A copy of the notice is attached and labeled Exhibit 2.  *(Required for residential property. See Code Civ. Proc., § 1166.)*

   f.  ☐  One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8.  a.  ☑  The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) ☐  by personally handing a copy to defendant on *(date)*:
    (2) ☐  by leaving a copy with *(name or description)*:
        a person of suitable age and discretion, on *(date)*:    at defendant's
        ☐ residence  ☐ business   AND mailing a copy to defendant at defendant's place of residence on
        *(date)*:    because defendant cannot be found at defendant's residence or usual place of business.

    (3) ☑  by posting a copy on the premises on *(date)*: 10/13/15    ☑  AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on *(date)*: 10/13/15
        (a) ☐  because defendant's residence and usual place of business cannot be ascertained OR
        (b) ☑  because no person of suitable age or discretion can be found there.

    (4) ☐  *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date)*:

    (5) ☐  *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.

   b.  ☐  *(Name)*:
    was served on behalf of all defendants who signed a joint written rental agreement.

   c.  ☐  Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

   d.  ☑  Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

---

UD-100 [Rev. July 1, 2005]        **COMPLAINT—UNLAWFUL DETAINER**        Page 2 of 3

**POS-030**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

*Danelle Scoggins*
*3044 N. Fruit Ave #P*
*Fresno, CA 93705*

TELEPHONE NO.: *559·*          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   FRESNO
   STREET ADDRESS:  1130 "O" STREET
   MAILING ADDRESS:
   CITY AND ZIP CODE:  FRESNO, CALIFORNIA 93724
   BRANCH NAME:  B.F. SISK COURTHOUSE

PETITIONER/PLAINTIFF: *Turning Point of Central California, Inc!*

RESPONDENT/DEFENDANT: *Danelle Scoggins*

**F I L E D**
FRESNO SUPERIOR COURT

FEB 27 2020

BY_____ DEPUTY

| PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL | CASE NUMBER: *20 CECL 01162* |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: *2115 Kern St, Ste 200 Fresno CA 93721*

3. On *(date):* *02/27/2020*          I mailed from *(city and state):* *Fresno, CA*
   the following **documents** *(specify):*
   *UD·Answer*

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail - Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☑ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: *Douglas D. Schorling*
   b. **Address** of person served: *P.O. Box 7447 Visalia, CA 93290*

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail-Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: *02/27/2020*

_____
*Bao Thao*
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

CEB | Essential
ceb.com | Forms

**PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
*www.courtinfo.ca.gov*



**Payment History by Box Number Report**
CIVIC CENTER FRESNO
FRESNO, CA  93712

## Box Information

| | |
|---|---|
| Box Number | **811** |
| Customer Number | **S669-9916-4757** |
| Assigned Name | **DANELLE SCOGGINS** |
| Service Type | **PO Box** |
| Status | **ISSUED** |
| Group | **34** |
| Size | **1** |
| Date Started | **10/18/2018** |
| Due Date | **04/30/2020** |

| Receipt Date | Receipt Number | Description | Number of Keys | Amount | Payment Type | Voided |
|---|---|---|---|---|---|---|
| 10/04/2019 | 020001225214001 | BOX PAYMENT | | $46.00 | CREDIT/DEBIT CARD | N |
| 05/01/2019 | 030002042995003 | BOX PAYMENT | | $46.00 | CREDIT/DEBIT CARD | N |
| 10/18/2018 | 020000529322001 | BOX PAYMENT | | $41.00 | CREDIT/DEBIT CARD | N |
| 10/18/2018 | 020000529322001 | KEYS DELIVERED | 2 | $0.00 | CREDIT/DEBIT CARD | N |
| 10/18/2018 | 020000529322001 | INITIAL KEY DEPOSIT | 2 | $0.00 | CREDIT/DEBIT CARD | N |

Page 1 of 1

## LEASE AGREEMENT

**THIS LEASE** is executed on December 23, 2015 between **Village at Shaw** (herein called "Lessor") and **Danelle Scoggins** (herein called "Lessee(s)").

**Leased premises:** The Leased Premises are located in the **City of Fresno**, **County of Fresno**, State of CA, and commonly described **4754 Alamos Apt - 202**, together with the inventory, if any, and appliances attached hereto.

**Term:** This lease shall be for a **12** month term commencing **December 23, 2015** (Commencement Date) and ending **December 22, 2016**.

**MONTHLY RENT:**

| Rent | | Deposit | |
|---|---|---|---|
| Base Rent | $ 565.00 | Security | $ 400.00 |
| Furniture | | Remote | |
| Washer/Dryer | | Pet | $ 0.00 |
| Carport/Garage | | Other | |
| Other | | Other | |
| | | | |
| Total | 565 | | 400 |

**KEYS:**

| Keys | # | Keys | # |
|---|---|---|---|
| Unit | 754-202 | Mail | |
| Remote | | Amenity | |
| Garage | | Storage | |
| Card | | Other | |

**LESSEE OCCUPANCY:**

Premises shall be occupied only by the following named person(s):

| | | | |
|---|---|---|---|
| Danelle Scoggins | 12/07/81 | Shaun William Jr | 01/29/13 | Isaac Scoggins | 12/10/01 |
| NAME | BIRTHDATE | NAME | BIRTHDATE | NAME | BIRTHDATE |

**Parking space assignment** (if any) Space No. **N/A** (see section 20).

By this Lease Agreement executed on the above date, Lessor and Lessee mutually covenant and agree as follows:

**Section 1:   General Agreement**

Lessor leases to Lessee the above-described premises, which Lessee accepts from Lessor for the Term, beginning with the Term Commencement Date, at the Total Monthly Rent indicated.

**Section 2:   Payment of Total Monthly Rent**

Lessee agrees to pay rent to Lessor in advance at the Rental Office, 4885 North Recreation, Fresno, CA 93726 or at such other place as may be designated by Lessor, as follows:

A. **$ 164.00** for the period **December 23, 2015** through **December 31, 2015** (first month prorated) and **$0.00** for the last month's rent, payable upon occupancy.

B. **$ 565.00** commencing on the first day of the following month, and thereafter on the first day of each succeeding month.

C. Payments shall be made payable to Village at Shaw, located at 4885 North Recreation , Fresno, CA, 93726, telephone (559) 291-2517, in U.S. dollars in the form of Personal Check, Cashier's Check, or Money Order.  The usual business days and hours to make rent payment at said address are 8:30 am to 5:30 pm  Mon - Fri.  After hours payments may be made in the rent drop box located at said address.

D. **LATE PAYMENT:**  If rent is not paid by midnight on the Fifth (5th) day of any calendar month, a late charge of $ **60.00** shall be immediately due and payable.  Further, in the event the rent is paid by a check returned by the bank for any reason, in addition to the late charge set forth above, an NSF fee shall also be due and payable in the sum of $25.00.  Lessee agrees that the combination of late charges, returned check charges, and other fees provided for by this paragraph is a reasonable estimate of Lessor's bank charges, administrative fees, and other damages which would otherwise be difficult or impractical to ascertain.

E. All payments received after the 5th day of the month must be in the form of a cashier's check or money order.  A check or money order from persons not named on the lease must be returned to Lessee.  Monies paid will be applied first to any previous balance due on Lessee's account including rent, late charges, returned check charges, and damages; and secondly to current rent.

F. **LIABILITY:**  All parties to the Lease Agreement are responsible for the timely payment of the rent.  Moving out does not automatically relieve a party of this responsibility.  Lessor must be given and must approve a written notice, signed by all parties to the lease, that one party is vacating the Unit, and a new Lease Agreement (subject to Lessor's approval) must be signed by the remaining party or parties, provided remaining party or parties qualify.

G. In the event a rent check is returned by the bank for any reason Lessee agrees that Lessor may require Lessee to make future rent payments in the form of money order or cashier's check only.

H. **DEFAULT:**  Should Lessee default on the **12** month Lease Agreement or vacate prior to expiration of **12** months, Lessee agrees to reimburse Lessor for any move-in allowances taken, which amount is $ **0** This is in addition to any other remedies provided under California law. (See Section 6, below.)

**Section 3:   Deposits:**

A. Lessee agrees to deposit with Lessor the additional sum of **$ 400.00** as security to be held by Lessor for the faithful performance by Lessee of each and every provision of this Lease, which security Lessee hereby authorizes Lessor to use for any one or more of the following purposes:

(1) If Lessee vacates or abandons the premises prior to the end of the Term, for daily rent equal to 1/30th of the Total Monthly Rent for each day rent is unpaid until the end of the Term or until Lessor re-rents the premises, whichever event occurs first;

(2) For repair of damages to the premises, including furnishings and appliances, caused by Lessee, exclusive of ordinary wear and tear;

(3) For cleaning the premises, if necessary, upon termination of the tenancy, including, but not limited to: any and all painting, including touch-up paint; filling wall holes caused by the hanging of pictures; and cleaning carpets, drapes, walls, doors, windows, refrigerator, range, oven, and electrical fixtures;

(4) For payment of delinquent rent;

(5) For payment of any liquidated damages resulting from late rental payment and/or returned checks;

(6) For locks and keys in the event keys are not returned upon termination of the tenancy;

(7) For any amount charged under the provisions of paragraph G of section 12.

All sums payable to Lessor under the foregoing provisions shall be payable as additional rent for the premises.

INITIAL:  _[signature]_

**ConAm 104-CA Rev 01/02**
23, 2015
**Last Updated:  07/29/2015**

_[handwritten:]_ SFC Serity knock on my door at 1:48 am in the moring he 626-7000, 6-15-16

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE RENEE SCOGGIN,<br><br>Plaintiff,<br><br>v.<br><br>TURNING POINT CENTRAL CALIFORNIA,<br><br>Defendant. | No. 1:20-cv-00140-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 16) |

On January 28, 2020, plaintiff Danelle Renee Scoggin, appearing *pro se* and *in forma pauperis*, filed the complaint in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute, failure to comply with a court order, and failure to state a claim upon which relief can be granted. (Doc. No. 16.) The findings and recommendations were served on plaintiff by mail at her address of record and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id*. at 6.) On August 10, 2020, the findings and recommendations were returned to the court by the United States Postal Service as undeliverable. On January 6, 2021, plaintiff filed two change of address forms with the court. (Doc. Nos. 17, 18.) The

1

1   findings and recommendations were again served on plaintiff on January 7, 2021 at her newly

2   listed address of record.  To date, no objections to the findings and recommendations have been

3   filed with the court, and the time in which to do so has now passed.  Moreover, the findings and

4   recommendations served by mail upon plaintiff at plaintiff's new address of record have not been

5   returned to the court as undeliverable.

6     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted

7   a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the

8   findings and recommendations to be supported by the record and by proper analysis.

9     Accordingly,

10   1. The findings and recommendations issued on July 29, 2020 (Doc. No. 16) are

11     adopted in full;

12   2. This action is dismissed due to plaintiff's failure to prosecute, failure to obey court

13     orders, and failure to state a claim; and

14   3. The Clerk of the Court is directed to close this case.

15  IT IS SO ORDERED.

16  Dated: **February 17, 2021**

17         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Three Copies of each
Papers

# Housing Discrimination Information

1. What happens to you, I was discriminated against based on my Disability and was wrongfully take advantage of based on my lack of comprehension as well as ongoing ~~harassment~~ coered and harassement, and making And setting different terms and conditions. How was you discriminated against? ~~scribbled~~ based on my disability, Familial Status, ~~scribbled~~ coerce ongoing, and Not having a Safe and Decent place to call home.

2. Why do you think you are a victim of housing discrimination? ~~scribbled~~ Disability my housing rights were misused of ~~there~~ there own Persona gain they intentally put me here to cause affliction and unauthorized permission to enter my dewelling harass, coerce, intimidate, impose Different terms cause the lack of my disability conditions but most of all me and my kids Safe and thy know what I'm talking about. ~~scribbled~~

Thank you  Danelle Renee
Scoggins

Social Security Administration

Form Approved
OMB No.0960-0292

## CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by hearing office

| (Claimant and Social Security Number)<br>Danelle Renee Scoggins<br>5 | (Wage Earner and Social Security Number)<br>(Leave blank if same as claimant)<br>N/A | The last time we brought your case up-to-date was:<br>September 21, 2017 |
|---|---|---|

B. To be completed by claimant

### PLEASE PRINT

**Please Answer the Following Questions:**

(1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☑ Yes ☐ No

*(If yes, please list the name, addresses and telephone numbers of doctors who have treated or examined you since the above date. Also list dates of treatment or examination. If possible, send updated reports from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| DR. Wang | 4441 E. King Canyon Rd. Fresno, CA 93702 | 2016 or 2017 UNK. |
| DR. Teran | 4441 E. King Canyon Fresno, CA 93702 | 2016 or 2017 UNK. 2017- |
| DR. Desai | 2749 S. Elm Ave - Westside Fresno, CA 93706 | 2018-2017 1x Monthly to present time. |

(2) What have these doctors told you about your condition? Schisophrenic, Bipolar Anxiety, Mood Disorder, Depression,

(3) Have you been hospitalized since the above date? ☑ Yes ☐ No
*(If yes, please list the name and address of the hospital. Also explain why you were hospitalized and what treatment you received.)*

| Name of Hospital<br>Clovis Comm. Hospital | Address of Hospital (Include ZIP Code) |
|---|---|

Reason for hospitalization:
Cervial Cancer, As well as Depression.

Treatment received:
Surgery

Form HA-4631 (8-1996) ef (9-2012)
Issue Old Stock

If more space is needed,
use additional sheets.




RQID:00000000000000243060589 SITE:X18 DR:S
SSN:559693478 DOCTYPE:3040 RF:D CS:d552



**Privacy Act Statement**

### Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C) of the Social Security Act, as amended, allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed or could result in denial of the claim.

We will use the information to determine eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his or her affairs or his or her eligibility for or entitlement to benefits under the Social Security program when the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual, and it concerns his or her eligibility for benefits under the Social Security program; and

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, and 60-0320, entitled Electronic Disability (eDIB) Claim File. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy/sorn.html.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401.* **Send only comments relating to our time estimate to this address, not the completed form.**

Form **HA-4631** (8-1996) ef (9-2012)



Social Security Administration
Office of Disability Adjudication and Review

Form Approved
OMB No.0960-0292

## CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by hearing office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Danelle Renee Scoggins 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 | | |

B. To be completed by claimant

### PLEASE PRINT

**Please Answer the Following Questions:**

(1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☒ Yes ☐ No

*(If yes, please list the name, addresses and telephone numbers of doctors who have treated or examined you since the above date. Also list dates of treatment or examination. If possible, send updated reports from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| Belinda Deshay | Elm Community Health Center 2740-500 Elm Ave Fresno, CA 93706 | 08/06/18 |
| | | |
| | | |
| | | |

(2) What have these doctors told you about your condition?

_____

_____

_____

_____

(3) Have you been hospitalized since the above date? ☐ Yes ☐ No
   *(If yes, please list the name and address of the hospital. Also explain why you were hospitalized and what treatment you received.)*

| Name of Hospital | Address of Hospital (Include ZIP Code) |
|---|---|
| | |

Reason for hospitalization:

_____

Treatment received:

_____

Form **HA-4631** (8-1996) ef (9-2012)
Issue Old Stock

If more space is needed,
use additional sheets.



%s70000000000000000244371967DX185596934783040F S 2

008/002 1900913433738 0040031 3 I=0001000000 Aged_Electronic Claimant N

## Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed or could result in denial of the claim.

We will use the information to determine eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1.  To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his or her affairs or his or her eligibility for or entitlement to benefits under the Social Security program when the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual, and it concerns his or her eligibility for benefits under the Social Security program; and

2.  To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, and 60-0320, entitled Electronic Disability (eDIB) Claim File. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy/sorn.html.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form **HA-4631** (8-1996) ef (9-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0289

## CLAIMANT'S MEDICATIONS

A. To be completed by Hearing Office

| (Claimant and Social Security Number)<br><br>Danelle Renee Scoggins<br>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 | (Wage Earner and Social Security Number)<br>(Leave blank if same as claimant)<br><br>N/A | The last time we brought your case up-to-date was:<br>September 21, 2017 |
| --- | --- | --- |

B. To be completed by the claimant

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
| --- | --- | --- | --- | --- |
| BenzTropine | 03-19-18 | 2 Tab Daily | unk. | DR. Belinda De Shey |
| Gabapentin | 06/29/18 | 2 CAP | unk. | DR. Belinda DeShey |
| Risperidone | 08/23/18 | T TAb | unk. | DR. Belinda DeShey |
| BenzTropine | 07/17/18 | 1 Tab | unk. | DR. Belinda DeShey |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

Form **HA-4632** (2-1994) ef (10-2012)
Use Until Stock Is Exhausted

If more space is needed,
use additional sheets.





RQID:0000000000000248060590 SITE:X18 DR:S
SSN:559693478 DOCTYPE:3045 RF:D CS:f93d



**Privacy Act Statement**

## Collection and Use of Personal Information

Sections 205, 223, 702, 1614, 1631, and 1869 of the Social Security Act, as amended allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from re-evaluating the decision on your claim.

We will use the information to determine your eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To representative payees, when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting the Social Security Administration in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

2. To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal-benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4632** (2-1994) ef (10-2012)







# County of Fresno

DEPARTMENT OF BEHAVIORAL HEALTH
**DAWAN UTECHT**
DIRECTOR

February 28, 2020

To Whom It May Concern,

I am writer this letter to inform you that Ms. Danelle Scoggins has been receiving Case Management Services with me at Department of Behavioral Health. If you have any question, please contact me at 559-600-9075.

Cha Yang, CMHS



# County of Fresno

DEPARTMENT OF BEHAVIORAL HEALTH
**DAWAN UTECHT**
DIRECTOR

February 27, 2020

This letter is to certify that Danelle Scoggins attends therapy services at Fresno County Department of Behavioral Health. Ms. Scoggins has been engaged in therapeutic services with this clinician since May of 2019.  Ms. Scoggins engages positively in services and attends her appointments regularly.

Respectfully,

Raquel Rodriguez-Campos, LMFT

# Complaint, Complaint

Step one→

**1.** Action: I had taken was spoke to Program-Director. Latasha Hollins, Case manager. Sabrina
— De Leon = My case manager.

**2.** Action: I Mail and cell The Fair Housing Hub U.S. Dept of housing and urban Development 600 Harrison Street, Third floor San-Francisco CA 94107-1300 Letting them know as a Americans with Disabilites, on Act of 1990 (PL 101-336) And by the Discrimination Act of 1975, as amended (42 U.S.C 6103) That the information i send them was to be used to investigate this matter me and my kids feel so unsafe this suppose to be a place With equal housing Opportunity i Feel i Never was giving that to opportunity as you can see i been going thur this for some time Now 8 years and all these us Department of Hud housing Equal Housing Opportunity I Feel like Me and my kids has experienced unLawful discrimination the to the fullest. On going Core, Stress, pain Than a. 1-415-489-6524 callin them i Never got a cell back or Nothing regarda this matter the system is all mess-up No Love, or No compas Action: united States District Court of Eastern District of california. my fic ime i did every thing to file and the did every thing to stop it from Being heared matter need to be heared i'm so tired of

Problem No one whant to address the Elephant in the Room and it a big problem Because this been on sense 2018 and now it 2022 and when i try stand up and filing on them they Retaliated By filing on me E-filed if you look at the date it will show you it all how every I was Blessed to have all my Paper to show it all way retaliation yet they could Never tell me why & who came in my Apt & cutt my wires and 3 months later a explosion happen and one of the Apt and they was saying it was cuz of wires yet when the News people come they made sure we was not there we was all directed to goto the motel 6-28-2020) New address 3460 W. Shaw Ave- HoneTown Studio. I even wrote the Ameted complaints Wow it's been so much that they have do to me and my Boys so i'm just going to write every thing that happen down and i have Picture as well as Police Report and a lot of Paper date and proof.

~~scribbled out line~~

I Breakup end to my cars Strip it down, Security No Observe or report cameras yet they Never see any thing  I dea infestation with Rats termiter and Apt every thing that happen is on paper

③

...it down along Exhausted Road it was so many time where i feel like i could not go on i was so stress out and tried - worn out i started to get sick crying and ~~was~~ Extremely depressed so I'm here because i want to know why all this and if it was done because i wasstandny up and try to protect me and my kids We should Never feel unsafe with a program that suppose to help use and ~~...~~ ~~...~~ time of troble Do to homeless or mental/physical health a program that suppose to up-Lift us Not ~~...~~ tears us Down And take advantage of or mental and phsical Status ~~...~~

Thank you for your time

Danelle Scoggin

P-S Everything you need is and the picture, paper. Police reports ~~...~~

P.S I even had to get a P.O. Box Because they Kept goin, in it see was not Brokins into,

SORRY FOR my mess mess-up hand writing

# Complaint

The reason why I am filing this lawsuit is Because I've been harassed wrongfully taking advantage of base on my Lack of disability as well as comprehension then intentally intimidate me on going cored, Like cutting my wires, and side the Place as well as outside the Apt putting my tires on flats, Pull pieces off my cars respiring my Bell handle of my front Door trying to get me my front Door coming and my Apt and taking very important paper that had to do with another court case in my Last Apt I stay in and the only people who had the key is me and to program Staff. But really did it is I had let them Know that some one came into my Apt in cut all media devices and tryed to put it back inside the wall as if i was Never there or my kids Dont play video game and when we come back in the Apt they went straight to they game to find out it was no reep toor or communication so i call att how ever 2 OR 3 months lotter a exporshion had it the Apt was up and Every time I address this matter with them Because the only people who have the key is me and the program Staff which was never important to them been in that Im a tenet that been living here all most 6 years so i Starte to put it together and Now have asking For because For me and my kids Ineed Red

and a place to live where it No problim
thank you so so much for your time all
I know something is not right, I pray
that you see what's really going on
thank you again for your time may you
have a bless day.

Donald Scoggins

6-5-22

Danelle Scoggins
3044 N Fruit #P
Fresno, Ca. 93705



The Jurisdiction Title 28 - Judiciary And Judical Procedure... Flag and seal seat of Goverment and the States:

The Allegations: A oraganization agency of fair housing and Equal opportunity Department of Heating and Urban Development is with all the Apartment I was in is Now Living and where I was discriminated, harrass, mentally abused, ongoing chaos, mistreated, endanger, Fact of the matter me and my kids was ALTEX I mold Exposure → sheet pice of paper. Wires were cut in side my Aptunit where there was No reception of any Kind and the unit at that time intill i call Altex me and my kids did not feel safe yet had No where to Live so I tried address this matter to the Program director so that this matter would be resolved but ft was Not back of paper → facts on Warren propertes _____ Ive Lived there For about 5 ½ yeares paper date and every thing the unit was an in-habadole with Rats/ Roach Infestation termites _____ → mold all on Floor and termites Eating up wall, Back wire cut 5 months Later, Explosron happen and it was Because 6 - 7 20 Wires

The Relief : a safe envionment2 Where me and my kids can Live where all the ongoing core come to a ☆ Danelle Scoggins end and WE have Peace and Laugh again

Do to the wire cut 5 months Lately Explosion
happen And it wes because of the WIKES

→ Allegation

To: whom may Concern

Fr: Danelle Renee Scoggins

The office of Fair housing and Equal opportunity is an agency within the united States of Department of housing and urban Development fheo is responsible for administering and enforcing federal fair housing Laws. How every this did not happen for me and My Kids, We was discriminated, harass, mentally abused, Lie on mistreat, endanger, ongoing Chaos, Intentional harm organization agency what so painful is Ive been dealing with this for over a 10 years Period of time from apt after a apt.

1. Warren properties. Inc. 3373-N. millbrook Ave #37 and 5 more Apt here do to health Issues
2. Village at Shaw 4754 E Alamos N Recreation

3. Falcon court / Turning point of Central California Inc 3044 N fruit #P fresno CA 93705

It been so overwhelming as well as exhaustion all I every wanted to is to live and a safe environment for me and my kids and to work on me and be accepted appreciate. Valued, respect by this agency. as you look at every thing picture, paper police report. I pray you found it and your heart to see it for what it really is Thank you so much for your time & Danelle Scoggins 8-27-22

SHORT TITLE: Allegation

CASE NUMBER: 20CECL01102

**ATTACHMENT** (Number): _____

*(This Attachment may be used with any Judicial Council form.)*

To Whom it may Concern:

1. Fruit #P   My name is Danelle Renee Scoggins. I have resided at 3044 for 3 and a half years. When I moved into the housing unit, I as given only one mailbox key and one housing key. The other copies are in the Plantiff's possession, Falcon Court staff, which is through Turning Point Central California.

During my residency, since the beginning of 2017, I have always complied with all their rules of my agreement. However on one day as I returned to my unit I have noticed that y personal property had been tampered with inside my housing unit. Private information ad been removed from my possession. My mailbox had also been opened by the Plantiffs. My Personal mail had been opened and returned to my mailbox that ontained private information. This would occur until I have purchased my own private Post office Box from 2018 until todays current date.

Another occurance inside my housing unit was discovered that the cable wires used for communication as well as the internet were cut and that the electric coverings to protect them were removed. When I brought this matter to Latah he program director with the Plantiff(s) attention, she replied that the wires were cut by my youngest son who was only 4 years old at the time. My son is not in any way capable of doing such a heinous thing like this. I believe that my wires were cut to prevent ny outside communication with the public. I feel like my privacy and safety was violated.

When the Plantiff and Staff wanted to make necessary repairs to the housing unit, I could only allow them to enter as long as I was present due to my wires being cut. Furthermore I have also made several maintenance requests to repair my refridgerator from leaking, this has been causing a fire safety hazard. I have made several requests for this to be repaired as well as a request to fix my front door that was broken. I have photo evidence and documents to support those statements.

The Plantiff has constantly harassed me even though I have always been in compliance with their program, as well as therapy sessions, meetings with my case manager and counseling. The Plantiff has retaliated against me because I have filed a housing discrimination lawsuit against them. Due to my disability, my housing rights were abused and misused for their own personal gain. The Plantiff placed me in their unit to cause affliction as well as for unauthorized entering of my dwelling.

P.S. Notice all of the dates marked on *P.S I gave Latah the key on June 20, 2019 the documents so I pray that you after she gave me a violation of see the truth in this matter. Term agreement, I gave her a key. Thank you so much for your time.

Sincerely, Danelle Scoggins Hollins

Danelle R. Scoggins

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

his copy was prepared by the Fresno Police
Department on (Date) 1/21/20
For the official use of:
Name Danelle Scoggins
Agency
and may not be revealed by any unauthorized person.
By V.Aguirre T372

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BX2095**                                                                  **Case: 18-077174**

## INCIDENT INFORMATION

**Report #:** 1 of 1     **Report Type:** PROP CRIME     **District:** NE **Beat:** G     **Zone:** 1959
**Definition and Class:** PC459 - BURGLARY:VEHICLE - Lvl F
**Occurred From:** 11/18/18 18:00 Sun     **Occurred To:** 11/18/18 20:00 Sun     **Received Date:** 11/18/18 20:19 Sun
**Location:** 3740 E ASHLAN AV #P FRESNO
**Cross Street:** N SEVENTH ST
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
    EVIDENCE.COM AUDIO/VIDEO UPLOADED
**FOLLOWUP**
    VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
    ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4F1 - VEHICLE BURGLARY     **Open Class::** 4F1
**CAS Code:** BURV
**Printed:** 1/21/2020 11:38:07 AM  **Printed By:** AGUIRRE, VALERIE(T372)     **Printed From:** R10181
Press Log
**Rpt #:** 1     **Type:** FIRST     **Officer:** WALLS (V3316), MALCOLM #P1736     **Clerk:** #     **Created:** 11/18/18 22:13
**Filed Date:** 11/18/18 22:13 **Assigned Date:** 11/18/18 22:13
**Approved By:** TAFOYA (V2430), RUDY #S146                     **Date Approved:** 12/1/2018 6:30:43 PM
**Reviewed By:** RAY, DEBBIE #T34                              **Date Reviewed:** 12/3/2018 8:40:22 AM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1   **Type:** PERSON
**Name:** UNKNOWN
**Race:** X     **Sex:** X     **Hair:** XXX   **Eyes:** XXX
**Suspect Status:** ATLG
**Address:** , FRESNO, CA

**Inv:** VICTIM # 1     **Adult/Juvenile:** A   **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B     **Sex:** F     **DOB:** 12/07/1981   **Age:** 36     **Height:** 508 **Weight:** 190 **Hair:** BLK   **Eyes:** BRO
**Language:** ENGLISH
**Identification:** SUSP - B9462522 - CA
**Home:** 3044 N FRUIT AV #P, FRESNO, CA 93705
**Phone:** (510)560-1756

## VEHICLES

**Inv:** VICT/VEHICLE ATTACKED     **Date/Time:** 11/18/2018 8:19:00 PM
**License:** 7ZUG516   **State:** CA     **Lic Year:** 2018     **Lic Type:** PC     **Year:** 1991   **Make:** ACUR
**Model:** LEGEND   **Style:** CP   **Color:** GRY **VIN:** JH4KA8251MC007815     **Value:** 2000
**Financial Responsibility:** SCOGGINS, DÁNELLE     **Vehicle Dispo:** SCN
**LEGAL OWNER:** SCOGGINS,DANELLE RENEE

**Officer:** WALLS (V3316), MALCOLM #P1736                                              **Page 1 of 3**
**Supervisor:** TAFOYA (V2430), RUDY #S146

## FRESNO POLICE DEPARTMENT
CA0100500

**Event: 18BX2095**                                                **Case: 18-077174**

### PROPERTY

**Inv:** Stolen # 1     **Date:** 11/18/2018 8:19:00 PM
**Category:** OTHER   **Article:** OTHER   **Color:** BLK **Color2:** BLK     **Disposition:** OUTSTANDNG     **Quantity:** 10
**Value:** $ 30
**Dispo:** OUTSTANDNG
**Description:** BLACK BRIEF CASE CONTAINING PERSONAL INFORMATION OF VIC AND CHILDREN TO INCLUDE-
DRIVERS LICENSE, BIRTH CERTIFICATES, SOCIAL SECURITY CARDS AND OTHER PERSONAL INFORMATION.
**Zone:** 2153
**OWNER:** SCOGGINS,DANELLE RENEE
**Total Stolen:** $30

### MO

**ENTRY METHOD**
      WIN SMASH
**ENTRY-VEHICLE**
      REAR PASSENGER WINDOW
**PLACE OF ATTACK**
      PARKING LOT
**SURROUNDING AREA**
      OTHER
**STRUCT-COMMERCIAL**
      OTHER
**STRUCT-PUBLIC**
      CHURCH
**SUSPECT ACTIONS**
      HOTPROWL
**STRUCT-VEHICLE**
      PASSENGER
**TARGET-PROPERTY**
      OTHER
**TARGET-VEHICLE**
      OTHER
**EXIT-VEHICLE**
      REAR WINDOW

### OTHER FACTORS

**None**

### NARRATIVE

## VEHICLE BURGLARY

### SOURCE OF ACTIVITY:

On 11/18/18 at approx. 2153 hours, I was dispatched to 3044 N. Fruit #P regarding a vehicle burglary

### INVESTIGATION:

The Victim told me the following:
The victim vehicle was parked and locked at 3740 E. Ashlan between the hours of 11/18/18 1800 and
11/18/18 2000.  During that time unknown suspect(s) broke into the vehicle by: smashing her rear
driver side passenger window with an unknown object or weapon.

**Officer: WALLS (V3316), MALCOLM #P1736**                    **Page 2 of 3**
**Supervisor: TAFOYA (V2430), RUDY #S146**

Case: 18-077174

Event: 18-BX2095

I processed surfaces of the vehicle, doors, windows etc.. for fingerprints.  I recovered prints on the top frame of the broken window.

Items taken are listed as stolen in the property portion of this report.   At this time there are no suspects or witnesses to the crime.  Other pertinent details include:  There are no video cameras at location of occurence. Victim advised the vehicle did not have an alarm system.

### CONCLUSIONS/DEDUCTIONS:

Unknown suspect(s) burglarized the victim vehicle.

### DISPOSITION:

Any serialized property was entered into CLETS as stolen.

The Victim was given case information.

Officer: WALLS (V3316), MALCOLM #P1736
Supervisor: TAFOYA (V2430), RUDY #S146

Page 3 of 3

This Copy was prepared by the Fresno Police Department on (Date) 09/12/2022

For the official use of:

Name   Danielle Scoggins

Agency

and may not be revealed by any unauthorized person

By   B Jones T341

**Fresno Police Dept - CA**
2323 MARIPOSA ST.
Fresno, CA, 93721
(559) 621-7000

Incident Report 2203030440-1 (Report 1 of 1)

Primary Officer: Her, Kongmong (C234)
District: CE Investigations   District, Beat, Zone: CE,2C,2153   ORI: CA0100500

---

## Overview

### Incident Overview

Report Purpose **General Incident**   Incident From Date **03/03/2022**   Incident From Time **00:00**

Incident To Date **03/03/2022**   Incident To Time **08:00**   Does Date Indicate Report Date? **No**   Zip Code **93705**

ARRC Indicator **No**   Identity Theft Indicator **No**

<u>Case Factors</u>

Special Factors **Electronic Report, Synoptical Report, Telephone Report**

---

## Offenses

**GICE - CENTRAL**   Author: Her, Kongmong

Code **GI**   Offense **GICE - CENTRAL**   Severity **NOT_APPLICABLE**   Location **3044 N Fruit Ave, Fresno, CA, 93705, USA**

Location Note **Apt # P**   Location Category **Single Family Home**

---

## Names

**Reporting Party - Scoggins, Danielle Renee**   Author: Her, Kongmong

<u>Involvement</u>

Role **Reporting Party**   Code **GI**   Offense **GICE - CENTRAL**

<u>Identity</u>

Type **Known**   Last Name **Scoggins**   First Name **Danielle**   Middle Name **Renee**   DOB **12/07/1981**

<u>Identifying Documents</u>

ID Type **Driver's License**   Issuing State **California**   ID Number **B9462522**   Expiration Date **12/07/2022**

Class **CLASS C OR VALID DRIVING PERMIT**

<u>Description</u>

Age **40**   Sex **Female**   Race **Black**   Ethnicity **Not Hispanic / Latino**   Height **5' 7"**   Weight **210**   Eye Color **Brown**

Hair Color **Black**   Resident Status **Resident**   Language **English**

<u>Contact</u>

Address Type **Home**   Location **3044 N Fruit Ave, Fresno, CA, 93705, USA**   Location Note **Apt # P**

Phone Number Type **Mobile**   Phone Number **(559) 831-8325**

---

## Vehicles

**None reported.**

---

## Property

---

**Fresno Police Dept - CA**
**Incident Report 2203030440-1 (Report 1 of 1)**

---

None reported.

---

Narrative by Her, Kongmong                                    **First Submitted: 03/04/2022 20:57**

SYNOPSIS REPORT:

SYNOPSIS:

Community Service Officer Kongmong Her #C234

On Thursday 03/03/2022 at approximately 1850 hrs, I was working uniformed patrol in the CE District as a CSO (2Z24). I was dispatched to a call for service in regards to a possible attempted residential burglary. I contacted the RP , Danielle Renee Scoggins, via telephone to take the report.

Upon contact, the RP made the following statement:

On 03/03/2022 at approximately midnight, the RP's son was watching TV in his room when he heard a loud noise coming from the window. The RP's son did not say anything at the time of the incident and only told the RP later in the morning. The RP's son stated, he heard what sounded like something hitting the window. The RP stated there is an AC unit on the window and plastic wrapping around the unit. Upon checking the unit, she saw the plastic wrapping had been knocked in.

The apartment is located on the second floor and the window with the AC unit is facing out the back of the apartment. The RP is adamant someone was trying to break in to the apartment from the window and sent photos of the window.  At the time of the investigation, there is no indications someone was trying to break in the residence, the RP wanted a report written on the incident.



**Fresno Police Dept - CA**
2323 MARIPOSA ST.
Fresno, CA, 93721
(559) 621-7000

This Copy was prepared by the Fresno Police
Department on (Date) _09/12/2022_
For the official use of:
Name_ Danielle Scoggins _ Incident Report 2203150487-1 (Report 1 of 1)
Agency_____
and may not be revealed by any unauthorized person
By_ B Jones T341 _

Primary Officer: Martens, Brian (P926)
District: NE Patrol   District, Beat, Zone: CE,2C,2153   ORI: CA0100500

---

## Overview

### Incident Overview

Report Purpose **Property Crime**    Incident From Date **03/14/2022**    Incident From Time **21:00**

Incident To Date **03/15/2022**    Incident To Time **12:00**    Does Date Indicate Report Date? **No**    Zip Code **93726**

ARRC Indicator **No**    Identity Theft Indicator **No**

Case Factors
Special Factors **Electronic Report, Synoptical Report, Telephone Report**

Modus Operandi
Places of Attack **Parking Lot**    Surrounding Areas **Residential**    Suspect Actions **Other**    Victim Activities **At Home**

---

## Offenses

### 594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS    Author: Martens, Brian

Code **PC**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**

NIBRS UCR Code **Destruction/Damage/Vandalism of Property**    Severity **MISDEMEANOR**    Completion **Completed**

Location **3044 N Fruit Ave, Fresno, CA, 93705, USA**    Location Category **Parking/Drop Lot/Garage**

Additional Details

Offender is Suspected of Using? **No**    Was Bias Motivation Involved? **No**

---

## Names

### Suspect - Unknown Person    Author: Martens, Brian

Involvement
Role **Suspect**    Code **PC**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**

Identity
Type **Unknown**

Suspect Status
Suspect Status **At Large**

---

### Victim - SCOGGINS, DANELLE RENEE    Author: Martens, Brian

Involvement
Role **Victim**    Code **PC**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**

Victim Details
Victim Type **Individual**

Identity
Type **Known**    Last Name **SCOGGINS**    First Name **DANELLE**    Middle Name **RENEE**    DOB **12/07/1981**

**Fresno Police Dept - CA**
**Incident Report 2203150487-1 (Report 1 of 1)**

Identifying Documents
ID Type **Driver's License**    Issuing State **California**    ID Number **B9462522**    Expiration Date **12/07/2022**
    Class **CLASS C OR VALID DRIVING PERMIT**
ID Type **CII Number**    ID Number **A25317346**
ID Type **Social Security Card**    Social Security Number **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**

Description
Age **40**    Sex **Female**    Race **Black**    Ethnicity **Not Hispanic / Latino**    Height **5' 7"**    Weight **210**    Eye Color **Brown**
Hair Color **Black**    Hair Length **Long**    Hair Style **Curly**    Facial Hair **Other**    Hair Type **Thick**    Build **Medium**
Complexion **Dark**    Resident Status **Resident**    Occupation **UNEMPLOYED**    Language **English**

Contact
Address Type **Home**    Location **3044 N FRUIT AVE, FRESNO CA 93705-4163**
Location Note **APT "P"/EMRG CONTACT KATHERINE NELSON (MOM)**
Phone Number Type **Mobile**    Phone Number **(559) 273-1955**
Phone Number Type **Temporary**    Phone Number **(559) 293-6048**
Phone Number Type **Home**    Phone Number **(559) 286-3535**
Phone Number Type **Mobile**    Phone Number **(559) 283-2714**
Phone Number Type **Temporary**    Phone Number **(559) 350-8352**

## Vehicles

### Vict/Vehicle Attacked - 2001 MERCEDES_BENZ CLK320 - 8LYB192 (CA)    Author: Martens, Brian

Vehicle Information
Role **Vict/Vehicle Attacked**    Code **PC**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**
Vehicle Status **Destroyed/Damaged/Vandalized**

Vehicle Type
Vehicle Type **Passenger Car, Station Wagon, Jeep**    Year **2001**    Make **Mercedes-Benz**    Model **CLK320**
Style **4 Door Sedan; Truck / Pick-up 4 Door**    Color **White**    License Number **8LYB192**    State **California**
VIN **WDBLK65G61T065546**    Value ($) **2500**

Related People
Person **SCOGGINS, DANELLE RENEE**    Relationship **Registered Owner**

Disposition
Disposition **Left at Scene**

## Property

### Damaged Property - OTHER    Author: Martens, Brian

Involvement
Role **Damaged Property**    Code **PC**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**
Property Status **Destroyed/Damaged/Vandalized**

Fresno Police Dept - CA
Incident Report 2203150487-1 (Report 1 of 1)

Description
Type **Other**      Value **$150**.
Description
**scratched gas filler lid 2001 Mercedes CLK320**
Article  **Other**
Related People
Relationship  **Property Taken or Lost / Victim**      Person  **SCOGGINS, DANELLE RENEE**

**Narrative by Martens, Brian**                                   First Submitted: 03/15/2022 13:17

SYNOPSIS REPORT:

SYNOPSIS: On 03/15/22 I was working CEC1 when I received a telephonic report of a vandalism to the victim's gas filler lid. The victim told me she went to her vehicle this morning and saw her gas filler lid had been forced open with an unknown pry tool causing scratches on the painted surfaces. The victim believes the suspect was attempting to steal gas from her vehicle and was unsure if any of her fuel was missing. The victim was provided case information and sent a Citizen Evidence Invitation to upload her photographs. At this time there are no suspects or witnesses.



**Fresno Police Dept - CA**
2323 MARIPOSA ST.
Fresno, CA 93721
US

This Copy was prepared by the Fresno Police
Department on (Date) __09/12/2022__
For the official use of:
Name__ Danielle Scoggins_____
Agency_____
and may not be revealed by any unauthorized person
By_____ B Jones T341_____

Event ID 2204120351

## Metadata

| | |
|---|---|
| Event ID | **2204120351** |
| Created By | **CT07 - Clay, D (D3020) (07)** |
| Date Created | **04/12/22 09:52:38** |
| Date Closed | **04/12/22 10:16:45** |
| Status | **CLOSED** |
| Dispatch Area | **CE** |
| Beat | **2C** |
| Location | **3044 N Fruit Ave, Apt P, Fresno, California, 93705** |
| Location Details | **NA** |
| Type | **4W2 - VANDALISM / AUTO** |
| Priority | **T - Telephonic / Routine** |
| Source | **NEM - NON-EMERGENCY** |
| Synopsis | **VAND, CUT AT&T WIRE** |

## Narrative

04/12/22  10:16:45  CEC5 - Thompson,  R (P1509) :
ACCORDING TO DANIELLE, YESTERDAY BETWEEN THE HOURS OF 0930 AND 0900, THE KIDS WERE INSIDE
PLAYING VIDEO GAMES WHEN THE INTERNET SHUT OFF. DANIELLE CALLED AT&T WHO SENT OUT A
TECHNICIAN. THE TECHNICIAN INSPECTED THE LINES AND FOUND THE EXTERIOR LINES OF THE APARTMENT
IN THE REAR HAD BEEN CUT. UNK WHY THIS HAPPENED, DANIELLE DOESN'T KNOW ANYONE WHO WOULD
WANT TO DO THIS AND DOESN'T KNOW ANYONE IN THE COMPLEX. IT APPEARS IT IS THE APARTMENT
COMPLEX RESP FOR THE LINES. DANIELLE WANTED DOCUMENTATION AS SHE IS HAVING ISSUES HERE AT
THIS COMPLEX.

## Units

### Previously Assigned

| | |
|---|---|
| Unit ID | **CEC5** |
| Badge Number | **P1509** |
| Responder Name | **Thompson, Robert** |

**Fresno Police Dept - CA**

Event ID 2204120351

<u>**RP (1)**</u>

| | |
|---|---|
| Name | **danielle scroggins** |
| Phone Number | **8318325** |

## Event History

| | |
|---|---|
| Date Created | **04/12/22 09:52:38** |
| Date Closed | **04/12/22 10:16:45** |
| Disposition | **I - INFO** |
| Unit Responsible | **CEC5** |
| First Dispatched | **04/12/22 10:04:26** |
| First On Scene | **04/12/22 10:04:34** |

**Fresno Police Dept - CA**

Event ID 2204120351

| Time | ID - Name | Action | Details |
|---|---|---|---|
| 04/12/22 09:52:38 | CT07 - Clay, D (D3020) | CREATE | PRIORITY: T - TYPE: 4W2 - VANDALISM / AUTO - DISPATCH AREA: CE - LOCATION: 3044 N FRUIT AVE, APT P, FRESNO - SOURCE: NEM - SYNOPSIS: VAND, CUT AT&T WIRE - ANI/ALI POSITION: 07 |
| 04/12/22 09:52:38 | CT07 - Clay, D (D3020) | ADDRP | RP NAME: DANIELLE SCROGGINS - RP PHONE NUMBER: 8318325 |
| 04/12/22 10:04:26 | CEC5 - Thompson, R (P1509) | PRIMARY | UNIT: CEC5 |
| 04/12/22 10:04:26 | CEC5 - Thompson, R (P1509) | DISPATCH | PRIORITY: T - TYPE: 4W2 - VANDALISM / AUTO - UNIT: CEC5 - LOCATION: 3044 N FRUIT AVE, APT P, FRESNO |
| 04/12/22 10:04:27 | CEC5 - Thompson, R (P1509) | UPDTL | UNIT: CEC5 - LOCATION: 3044 N FRUIT AVE, APT P, FRESNO |
| 04/12/22 10:04:34 | CEC5 - Thompson, R (P1509) | ONSCENE | PRIORITY: T - TYPE: 4W2 - VANDALISM / AUTO - UNIT: CEC5 - LOCATION: 3044 N FRUIT AVE, APT P, FRESNO |
| 04/12/22 10:16:45 | CEC5 - Thompson, R (P1509) | DISPO | CODE: I - REMARK: ACCORDING TO DANIELLE, YESTERDAY BETWEEN THE HOURS OF 0930 AND 0900, THE KIDS WERE INSIDE PLAYING VIDEO GAMES WHEN THE INTERNET SHUT OFF. DANIELLE CALLED AT&T WHO SENT OUT A TECHNICIAN. THE TECHNICIAN INSPECTED THE LINES AND FOUND THE EXTERIOR LINES OF THE APARTMENT IN THE REAR HAD BEEN CUT. UNK WHY THIS HAPPENED, DANIELLE DOESN'T KNOW ANYONE WHO WOULD WANT TO DO THIS AND DOESN'T KNOW ANYONE IN THE COMPLEX. IT APPEARS IT IS THE APARTMENT COMPLEX RESP FOR THE LINES. DANIELLE WANTED DOCUMENTATION AS SHE IS HAVING ISSUES HERE AT THIS COMPLEX. |
| 04/12/22 10:16:45 | CEC5 - Thompson, R (P1509) | CLOSED | |
| 04/12/22 10:16:45 | CEC5 - Thompson, R (P1509) | CLEAR | PRIORITY: T - TYPE: 4W2 - VANDALISM / AUTO - UNIT: CEC5 |



| | This Copy was prepared by the Fresno Police Department on (Date) __09/12/2022__ |
|---|---|
| **Fresno Police Dept - CA**<br>2323 MARIPOSA ST.<br>Fresno, CA, 93721<br>(559) 621-7000 | For the official use of:<br>Name __Danielle Scoggins__ — 19081882-1 (Report 1 of 1)<br>Agency_____<br>and may not be revealed by any unauthorized person |
| | By __B Jones T341__ |

Primary Officer: Ruiz III, Ignacio (P2044)
District: CE Patrol     District, Beat, Zone: CE,2C,2153     ORI: CA0100500

## Overview

### Incident Overview

Report Purpose  **Property Crime**

Case Factors

Follow-Up  **Victim Will Prosecute**

Investigation  **Scene Processed by Officer, Scene Processed/Evidence, Scene Processed/Latents**

Special Factors  **Electronic Report**

Modus Operandi

Places of Attack  **Parking Lot**     Surrounding Areas  **Residential**     Structure Types  **Vehicle: Passenger**     Targets Property  **Other**

Targets Vehicle  **Other**     Victim Activities·  **At Home**

## Offenses

### 594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS

Offense  **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**     Severity  **Misdemeanor**     Completion  **Attempted**

Possible Crime  **No**     From Date  **12/23/2019**     From Time  **19:30**     To Date  **12/24/2019**     To Time  **08:00**

Location  **3044 N FRUIT AVE, FRESNO CA 93705-4163**

## Names

### Victim - SCOGGINS, DANELLE

Involvement

Role  **Victim**     Offense  **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**     Victim Type  **Individual**

Identity

Type  **Known**     Last Name  **SCOGGINS**     First Name  **DANELLE**     DOB  **12/07/1981**

Identifying Documents

ID Type  **Driver's License**     Issuing State  **California**     ID Number  **B9462522**

ID Type  **CII Number**     ID Number  **A25317346**

ID Type  **Social Security Card**     Social Security Number  **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**

Description

Age  **37**     Sex  **Female**     Race  **Black**     Height  **5' 7"**     Weight  **210**     Eye Color  **Brown**     Hair Color  **Black**

Occupation  **UNEMPLOYED**

Contact

Address Type  **Home**     Location  **3044 N FRUIT AVE, FRESNO CA 93705-4163**

Location Note  **APT "P"/EMRG CONTACT KATHERINE NELSON (MOM)**

Phone Number Type  **Mobile**     Phone Number  **(559) 273-1955**

**Fresno Police Dept - CA**
**19081882-1 (Report 1 of 1)**

---

Phone Number Type **Temporary**    Phone Number **(559) 293-6048**
Phone Number Type **Home**    Phone Number **(559) 286-3535**

## Vehicles

### Vict/Vehicle Attacked - 1991 ACURA LEGEND - 7ZUG516 (CA)

<u>Vehicle Information</u>
Role **Vict/Vehicle Attacked**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**

<u>Vehicle Type</u>
Vehicle Type **Passenger Car, Station Wagon, Jeep**    Year **1991**    Make **Acura**    Model **LEGEND**    Style **2 Door Sedan**
Color **Silver**    License Number **7ZUG516**    State **California**    License Type **Passenger Car**    Reg. Exp. Month **October**
Reg. Exp. Year **2020**    VIN **JH4KA8251MC007815**

<u>Related People</u>
Person **SCOGGINS, DANELLE**    Relationship **Registered Owner**

<u>Disposition</u>
Disposition **Left at Scene**

## Property

### Damaged Property - OTHER

<u>Involvement</u>
Role **Damaged Property**    Offense **594(A)(2) - VANDALISM:DAMAGE PROPERTY - MIS**

<u>Description</u>
Type **Other**    Quantity **1**    Quant. Units **Not Reported**    Value **$300**
Description
**Damage to driver's side front window. Valued by VIC-Scoggins, Danelle.**
Article **Vehicle Side Windows**
<u>Related People</u>
Relationship **Owner**    Person **SCOGGINS, DANELLE**

## Narrative

### Narrative

SOURCE: On 12/24/2019 at 1025 hours while assigned as a Cadet in the Central Policing District under detail 9C51,
I was dispatched to 3044 N Fruit Ave in regards to a possible vandalism to a vehicle. On arrival, I made contact with
VIC-Scoggins, Danelle.

Fresno Police Dept - CA
19081882-1 (Report 1 of 1)

INVESTIGATION: VIC-Scoggins stated that she had parked and locked her vehicle in a parking stall at the above address on 12/23/2019 at around 1930 hours. When VIC-Scoggins returned to her vehicle and started driving to a doctor's appointment on 12/24/2019 at approximately 0800 hours, she heard a loud popping sound come from her window. When she finally stopped her vehicle, she noticed that the driver's side front window to her vehicle was moved out of place. VIC-Scoggins believed that someone had damaged her window by pulling the window outwards. She then called Fresno PD.

On arrival, I observed VIC-Scoggins' vehicle parked with the driver's side window rolled up. The window still works and rolls up and down with no issue. There is a small gap between the top of the window and the door frame as if the window was pulled back. VIC-Scoggins believes that someone has been tampering with her vehicle over the course of the five years she has lived at the location. The vehicle does have a car alarm and when VIC-Scoggins demonstrated what she believed happened by pulling the car window, the car alarm was activated. VIC-Scoggins stated that she did not hear her car alarm go of at any time during the night. I processed surfaces of the vehicle for latent prints but I was unable to locate any. There are cameras located at the apartment complex and a property manager was contacted. The manager stated that they will look into the camera footage and will call back if they find locate any suspect footage that supports VIC-Scoggins' claim. There is no further
information at this time.

CONCLUSIONS / DEDUCTIONS: Unknown suspect(s) possibly damaged the front driver's side window to VIC-Scoggins' vehicle leaving a small gap in the window and door frame.

DISPOSITION: VIC-Scoggins was given the case number and Marsy's Law Form.

The vehicle was processed for latent prints.

A property manager was contacted for video surveillance. (559-248-9445) - Turning Point, Falcon Court Apartments.

This Copy was prepared by the Fresno Police Department on (Date) **09/12/2022**

For the official use of:

Name **Danielle Scoggins** Incident Report 21012361-1 (Report 1 of 1)

Agency_____

and may not be revealed by any unauthorized person

**Fresno Police Dept - CA**
2323 MARIPOSA ST.
Fresno, CA, 93721
(559) 621-7000

By **B Jones T341**

Primary Officer: Keovilay, Kit (P2070)
District: CE Patrol    District, Beat, Zone: CE,2C,2153    ORI: CA0100500

---

## Overview

### Incident Overview

Report Purpose **Property Crime**    Incident From Date **03/05/2021**    Incident From Time **10:50**

Incident To Date **03/05/2021**    Incident To Time **10:50**    Does Date Indicate Report Date? **Yes**

Cleared Exceptionally **Not Applicable**    Zip Code **93705**    ARRC Indicator **No**    Identity Theft Indicator **No**

#### Case Factors

Follow-Up **Victim Will Prosecute**    Solvability Factors **Camera/Video Footage**

#### Modus Operandi

Places of Attack **Structure**    Surrounding Areas **Residential**    Structure Types **Residence: Apartment**    Targets Location **Other**

Victim Activities **At Home, Sleeping**

---

## Offenses

### 594(A) - VANDALISM - MIS    Author: Keovilay, Kit

Code **PC**    Offense **594(A) - VANDALISM - MIS**    Severity **MISDEMEANOR**    Completion **Completed**    Possible Crime **No**

Location **3044 N Fruit Ave, Fresno, CA, 93705, USA**

---

## Names

### Victim - SCOGGINS, DANELLE    Author: Keovilay, Kit

#### Involvement

Role **Victim**    Code **PC**    Offense **594(A) - VANDALISM - MIS**

#### Victim Details

Victim Type **Individual**

#### Identity

Type **Known**    Last Name **SCOGGINS**    First Name **DANELLE**    DOB **12/07/1981**

#### Identifying Documents

ID Type **Driver's License**    Issuing State **California**    ID Number **B9462522**

ID Type **CII Number**    ID Number **A25317346**

ID Type **Social Security Card**    Social Security Number **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**

#### Description

Age **37**    Sex **Female**    Race **Black**    Height **5' 7"**    Weight **210**    Eye Color **Brown**    Hair Color **Black**

Occupation **UNEMPLOYED**

#### Contact

Address Type **Home**    Location **3044 N FRUIT AVE, FRESNO CA 93705-4163**

Location Note **APT "P"/EMRG CONTACT KATHERINE NELSON (MOM)**

**Fresno Police Dept - CA**
**Incident Report 21012361-1 (Report 1 of 1)**

---

Phone Number Type **Mobile**   Phone Number **(559) 273-1955**
Phone Number Type **Temporary**   Phone Number **(559) 293-6048**
Phone Number Type **Home**   Phone Number **(559) 286-3535**
Phone Number Type **Mobile**   Phone Number **(559) 283-2714**

Relationships
Name **UNKNOWN, UNKNOWN**   Is **Relationship Unknown**

---

### Other - Unknown, Angela      Author: Keovilay, Kit

Involvement
Role **Other**   Code **PC**   Offense **594(A) - VANDALISM - MIS**

Identity
Type **Known**   Last Name **Unknown**   First Name **Angela**

Identifying Documents
ID Type **Driver's License**

Description
Sex **Female**   Race **Unknown**

Contact
Phone Number Type **Work**   Phone Number **(559) 248-9445**

Relationships
Name **UNKNOWN, UNKNOWN**   Is **Relationship Unknown**

---

### Suspect - UNKNOWN, UNKNOWN      Author: Keovilay, Kit

Involvement
Role **Suspect**   Code **PC**   Offense **594(A) - VANDALISM - MIS**

Identity
Type **Known**   Last Name **UNKNOWN**   First Name **UNKNOWN**

Identifying Documents
ID Type **Driver's License**

Description
Sex **Unknown**   Race **Unknown**

Contact
Address Type **Home**
Phone Number Type **Home**

Relationships
Name **Unknown, Angela**   Is **Relationship Unknown**
Name **SCOGGINS, DANELLE**   Is **Relationship Unknown**

Suspect Status

**Fresno Police Dept - CA**
**Incident Report 21012361-1 (Report 1 of 1)**

---

Suspect Status  **At Large**

## Vehicles

**None reported.**

## Property

---

**Damaged Property - OTHER**      Author: Keovilay, Kit

Involvement
Role **Damaged Property**      Code **PC**      Offense **594(A) - VANDALISM - MIS**

Description
Type **Other**      Value **$100**
Description
**Door**
Color **Green/Teal**

---

**Narrative by Keovilay, Kit**                          First Submitted: 03/05/2021 13:59

---

**SOURCE:**

On Friday, March 5, 2021 I was assigned to Uniformed Patrol in the Central area of Fresno, detailed as 9C19. At 1132 hour I was dispatched to 3044 N Fruit Ave, Fresno, CA, 93705 an apartment complex, regarding a vandalism on a residence's door.

**INVESTIGATIONS:**

At approximately 1140 hour I made contact with Victim Danelle Scoggins. Victim Scoggins related between the hours of 1130-1148 hour she notice that the top portion of her front door was damaged while she was out for errands but believes that the damage was done earlier while she was asleep. Victim Scoggins said that the door looked as if it was pried but was not sure with what. Victim Scoggins said that there are cameras in the area and notified management/agency Falcon Court of the apartment complex of the vandalism. Victim Scoggins related that she wanted to file a police report because property damage in the apartment complex is a daily occurrence.

I investigated the area and saw a camera on the East of Victim Scoggins Apartment and another camera on top side by Victim Scoggins apartment window. I checked out the door and confirmed that the top portion of the door was pried. I was not able to brush for any latent prints due to the texture of the paint.

I took the liberty to contact Victim Scoggins apartment management/agency Falcon Court. I was able to get a hold of Angela, who only identified by her first name and related that she was an Intake Assistant of Falcon Court. I asked Angela if the cameras around Victim Scoggins apartment worked which Angela related that they do in fact work. Unfortunately at this time, Angela was not able to provide me immediate footage of the incident. I provided Angela my work email in case she gets the chance to send me the footage.

**Fresno Police Dept - CA**
**Incident Report 21012361-1 (Report 1 of 1)**

**CONCLUSIONS:**

Between the hour of 1130-1148 hour, Victim Scoggins notice the top portion of her front door pried off. Unknown Suspect(s) pried the door leaving damages, which is in violation of Penal Code 594 vandalism.

**DISPOSITION:**

1. Provided Victim Scoggins a Marsy's law form with case number.

opy was prepared by the Fresno Police
\_partment on (Date) \_\_\_1/21/20_____
For the official use of:
Name\_\_\_Danelle Scoggins_____

Agency_____ **LAW ENFORCEMENT REPORT FORM**
and may not be revealed by any unauthorized person **FRESNO POLICE DEPARTMENT**
By\_\_\_\_V.Aguirre T372_____ 2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BP0297**                                                    **Case: 18-063934**

## INCIDENT INFORMATION

**Report #:** 1 of 2   **Report Type:** PROP CRIME   **District:** CE **Beat:** C   **Zone:** 2153
**Definition and Class:** PC594(B)(2)(A) - VANDALISM -$400 - Lvl M
**Occurred From:** 09/25/18 22:52 Tue   **Occurred To:** 09/25/18 23:00 Tue   **Received Date:** 09/25/18 22:52 Tue
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street::** W CORNELL AV
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
      LATENTS WERE RECOVERED
**FOLLOWUP**
      VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
      ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4W3 - VANDAL/OTH STRUCTURE   **Open Class::** 4F
**CAS Code:** VAND
**Printed:** 1/21/2020 11:51:49 AM   **Printed By:** AGUIRRE, VALERIE(T372)   **Printed From:** R10181
Press Log
**Rpt #:** 1   **Type:** FIRST   **Officer:** FRANCO (V3386), DEVIN #P1942   **Clerk:** #   **Created:** 09/25/18 23:32
**Filed Date:** 09/25/18 23:32 **Assigned Date:** 09/25/18 23:32
**Approved By:** LEE (V3949), JEFF #P1320                         **Date Approved:** 10/1/2018 3:00:52 AM
**Reviewed By:** DUNN (V3874), KIMBERLY #T249                 **Date Reviewed:** 10/8/2018 5:27:30 PM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1   **Type:** PERSON
**Name:** UNKNOWN
**Suspect Status:** ATLG
 Unknown

**Inv:** VICTIM # 1   **Adult/Juvenile:** A   **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B   **Sex:** F   **DOB:** 12/07/1981   **Age:** 36   **Height:** 508 **Weight:** 190 **Hair:** BLK   **Eyes:** BRO
**Identification:** SUSP - B9462522 - CA
**Address:** 3044 N FRUIT P, FRESNO, CA 93705

## VEHICLES

**Inv:** INVOLVED VEHICLE   **Date/Time:** 9/25/2018 10:52:00 PM
**License:** 7ZUG516 **State:** CA   **Lic Year:** 2018   **Lic Type:** PC   **Year:** 1991 **Make:** ACUR
**Model:** LEGEND **Style:** CP   **Color:** GRY **VIN:** JH4KA8251MC007815   **Condition:** BAD   **Value:** 2000
**Financial Responsibility:** SCOGGINS, DANELLE   **Vehicle Dispo:** SCN
**Description:** 2 VEHICLE ALARMS ON VEHICLE WERE NOT WORKING. SIDE FENDERS ON BOTH SIDES OF VEHICLE
WERE CRACKED. TOP OF LEFT DRIVER SIDE DOOR HAD MINOR DAMAGE.

| Damage Type | Extent | Color | Location |
|---|---|---|---|
| CRACKED | MINOR DAMAGE | | RIGHT FRONT FENDER |
| CRACKED | MINOR DAMAGE | | LEFT FRONT DOOR |

Fresno Police Department
Event Report

Page 1 of 2

Time: 09/12/2022 14:52:08

Event: 18-BD7864

## INCIDENT INFORMATION

| Receive Time | Clear Time | Call Taker | | Position |
|---|---|---|---|---|
| **07/14/2018 09:59:12** | **7/14/2018 5:46:05 PM** | **DEALBA PM 1.21.19, ANITRA   ID: DT036** | | **CT21** |
| Classification | Priority | How Receive | Services | |
| **4F1** | **3** | **T** | **Police** | |

| Address | | | | |
|---|---|---|---|---|
| **3044 N FRUIT AV #P / W CORNELL AV, FRESNO** | | | | |

| Police Agency | District | Beat | Station | Zone |
|---|---|---|---|---|
| **PD** | **CE** | **C** | | **2153** |

## REPORTING PARTIES

This Copy was prepared by the Fresno Police
Department on (Date)  09/12/2022

For the official use of:
Name   Danielle Scoggins

Danielle Scoggins

and may not be revealed by any unauthorized person
By        B Jones T341

| Name | | | Phone |
|---|---|---|---|
| SCOGGINS,DANIELLE | | | (559)994-4146 |
| Address | | | Info |

## SYNOPSIS

ATT VEH 459 TO RP VEH ... RP STS SUSP WENT UNDER HER VEH AND DAMAGED SOME PROP

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| **4F1** | **O** | **R** | **80** | **PD:** | **AGUINIGA (V3960), ROMAN P1846** |

## UNIT HISTORIES / SUPPLEMENTS

| Time | | | Operator | | Position |
|---|---|---|---|---|---|
| **07/14/2018 11:50:40** | | | **MARIN PM 1.21.19, KIA   ID: D3062** | | **CT01** |
| Supplement | | | | | |
| **P2 PD02 ,RP CB REG RESP TIME ... LL RP WHEN OFFCR ER** | | | | | |
| Time | Unit | Status | Operator | | Position |
| **07/14/2018 17:22:25** | **2C31** | **D** | **CARTER (V3488), ALLISON   ID: D3122** | | **PD02** |
| Time | | | Operator | | Position |
| **07/14/2018 17:22:25** | | | **CARTER (V3488), ALLISON   ID: D3122** | | **PD02** |
| Supplement | | | | | |
| **2C31 Comment: WILL ADV** | | | | | |
| Time | Unit | Status | Operator | | Position |
| **07/14/2018 17:22:37** | **2C31** | **ER** | **AGUINIGA (V3960), ROMAN   ID: P1846** | | **A00586** |
| Time | | | Operator | | Position |
| **07/14/2018 17:22:40** | | | **CARTER (V3488), ALLISON   ID: D3122** | | **PD02** |
| Supplement | | | | | |
| **P2 UT ,LL RP AND ADV UNITS ER....AVAIL?** | | | | | |
| Time | | | Operator | | Position |
| **07/14/2018 17:24:47** | | | **ISQUIERDO (V3043), REBEKAH   ID: D3063** | | **CT18** |
| Supplement | | | | | |
| **P2 PD02 ,2C31..NO ANS FOR THE RP AND VM IS FULL NOT ABLE TO LEAVE VM** | | | | | |
| Time | Unit | Status | Operator | | Position |
| **07/14/2018 17:26:41** | **2C31** | **AR** | **AGUINIGA (V3960), ROMAN   ID: P1846** | | **A00586** |
| Time | Unit | Status | Operator | | Position |
| **07/14/2018 17:35:58** | **2C31** | **ECOMM** | **GUZMAN RS 8.11.20, RAFAEL   ID: D3039** | | **PD02** |
| Comment | | | | | |
| **License Plate Check LIC:7ZUG516 LIS:CA Request Key:30197980** | | | | | |
| Time | | | Operator | | Position |
| **07/14/2018 17:45:37** | | | **AGUINIGA (V3960), ROMAN   ID: P1846** | | **A00586** |
| Supplement | | | | | |
| **MADE CONTACT WITH RP AND VEHICLE CHECKED OUT OK. SHE WAS CONCERN THAT HER VEHICLE WAS BEING TAMPERED WITH. NO SIGNS OF NEW DAMAGE TO THE VEHICLE SEEN. NFI** | | | | | |

Fresno Police Department
Event Report

Page 2 of 2

Time: 09/12/2022 14:52:08

Event: 18-BD7864

| Time 07/14/2018 17:46:05 | Unit 2C31 | Dissociate Status IN | | | |
|---|---|---|---|---|---|
| **STAFF** | | | | | |
| Police Unit 2C31 | Staff AGUINIGA (V3960), ROMAN   ID: P1846 | | | | |
| **RESPONSE TIMES** | | | | | |
| | Event | Police | Fire | | |
| Receive | 07/14/2018 09:59:12 | 07/14/2018 09:59:14 | | | |
| Save | 07/14/2018 10:00:32 | | | | |
| Dispatch | 07/14/2018 17:22:25 | 07/14/2018 17:22:25 | | | |
| Enroute | 07/14/2018 17:22:37 | 07/14/2018 17:22:37 | | | |
| Arrive | 07/14/2018 17:26:41 | 07/14/2018 17:26:41 | | | |
| Last Clear | 07/14/2018 17:46:05 | 07/14/2018 17:46:05 | | | |
| No. of Units | 1 | 1 | 0 | | |

This Copy was prepared by the Fresno Police
Department on (Date) 09/12/2022
For the official use of:
Name Danielle Scoggins
Agency_____
and may not be revealed by any unauthorized person
By     B Jones T341

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BS4500**                                        **Case: 18-069652**

## INCIDENT INFORMATION

**Report #:** 1 of 1     **Report Type:** OTHER CRIME     **District:** CE **Beat:** C     **Zone:** 2153
**Definition and Class:** PC530.5(A) - OBT CREDIT/ETC:OTHERS ID - Lvl M
**Occurred From:** 03/01/18 00:01 Thu     **Occurred To:** 04/01/18 00:01 Sun     **Received Date:** 10/18/18 13:37 Thu
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street:** W CORNELL AV
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
        EVIDENCE.COM AUDIO/VIDEO UPLOADED
**SPECIAL FACTORS**
        ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4P0 - FRAUD/FORGERY   **Open Class::** 4F9
**Premise:** R   **# of Premises:** 1   **CAS Code:** FRAD
**Printed:** 9/12/2022 2:33:41 PM   **Printed By:** JONES, BRENDA(T341)   **Printed From:** L80549
 Press Log
**Rpt #:** 1     **Type:** FIRST     **Officer:** GREGORY (V3459), KATHERINE #P1814 **Clerk:** #     **Created:** 10/18/18 23:30
**Filed Date:** 10/18/18 23:30 **Assigned Date:** 10/18/18 23:30
**Approved By:** ASHWORTH (V3197), SAMMY #S218                **Date Approved:** 10/19/2018 12:44:43 PM
**Reviewed By:** VASQUEZ RT 7.1.21, EVA #T93                **Date Reviewed:** 10/23/2018 10:59:16 AM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1   **Type:** PERSON
**Name:** UNKNOWN
**Race:** X     **Sex:** X     **Hair:** XXX   **Eyes:** XXX
**Suspect Status:** ATLG
 Unknown
**Address:**  , FRESNO, CA
**VICTIM:** SCOGGINS,DANELLE RENEE

**Inv:** VICTIM # 1   **Adult/Juvenile:** A   **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B     **Sex:** F     **DOB:** 12/07/1981   **Age:** 36       **Height:** 508 **Weight:** 190 **Hair:** BLK   **Eyes:** BRO
**Language:** ENGLISH
**Identification:** SUSP - B9462522 - CA
**Home:** 3044 N FRUIT AV #P, FRESNO, CA 93705
**Phone:** (510)560-1756
**SUSPECT:** UNKNOWN

## MO

None

## OTHER FACTORS

None

**Officer: GREGORY (V3459), KATHERINE #P1814**                **Page 1 of 2**
**Supervisor: ASHWORTH (V3197), SAMMY #S218**

# FRESNO POLICE DEPARTMENT

CA0100500

**Event: 18BS4500**

**Case: 18-069652**

### NARRATIVE

## SOURCE:

On 10/18/18, I was working uniformed patrol in the Central district detailed as 2F41. At approx. 2330 hrs. I was dispatched to 3044 N Fruit Av #P regarding a theft.

## INVESTIGATION:

I arrived at approx. 2340 hrs. and contacted the reporting party, who verbally identified herself as V-Danelle Scoggins. She provided the following statement.

## Statement of V-Scoggins:

Scoggins stated that approx. 6-7 months ago an unknown suspect stole her CA ID and her social security card from her residence. She could not pinpoint exactly when this occurred. There was never any forced entry to the apartment. She is in a program and they have a key to her apartment but she was also dating several different women during that time period and they would have had access. She did not want to provide me with their names. She noticed the cards missing but did not report it at that time because she thought all she needed to do was go get new ones. She stated that she has a mental disability so it is difficult for her to understand what she needs to do in certain situations.

4-5 months ago she started receiving letters from an unknown credit bureau saying that she had signed up for something. She did not know what exactly it was and stated that she did not have any of the letters. She tried to tell them that she had not signed up for anything but has been unable to cancel anything because she does not know passcodes or security question answers. They told her that they would need a police report before they could provide any assistance.

## CONCLUSIONS / DEDUCTIONS:

On an unknown date and time 6-7 months ago, V-Scoggins noticed her ID and social security card missing from her apartment. Approx. 5 months ago she began getting letters from a credit bureau saying that she had signed up for something which she never did. Based on the provided information, I concluded that the unknown suspect S-1 violated PC 484(a)- theft and PC 530.5(a)- use of identifying information to obtain credit. There is no suspect info at this time.

## DISPOSITION:

1. AXON body camera footage available.
2. I provided V-Scoggins with a case number and mailed her a Marsy's Law letter.
3. S-1 is outstanding at this time.

This Copy was prepared by the Fresno Police
Department on (Date)_____
For the official use of:
Name__Danelle Scoggins_____
Agency_____
and may not be revealed by any unauthorized person
By_____V.Aquirre T372_____

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BS4500**　　　　　　　　　　　　　　　　　　　　　　**Case: 18-069652**

## INCIDENT INFORMATION

**Report #:** 1 of 1　　**Report Type:** OTHER CRIME　　**District:** CE　**Beat:** C　　**Zone:** 2153
**Definition and Class:** PC530.5(A) - OBT CREDIT/ETC:OTHERS ID - Lvl M
**Occurred From:** 03/01/18 00:01 Thu　　**Occurred To:** 04/01/18 00:01 Sun　　**Received Date:** 10/18/18 13:37 Thu
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street:** W CORNELL AV
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
　　EVIDENCE.COM AUDIO/VIDEO UPLOADED
**SPECIAL FACTORS**
　　ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4P0 - FRAUD/FORGERY　**Open Class::** 4F9
**Premise:** R　**# of Premises:** 1　　**CAS Code:** FRAD
**Printed:** 1/21/2020 11:40:25 AM　**Printed By:** AGUIRRE, VALERIE(T372)　　**Printed From:** R10181
　Press Log
**Rpt #:** 1　　**Type:** FIRST　　**Officer:** GREGORY (V3459), KATHERINE #P1814　**Clerk:** #　　**Created:** 10/18/18 23:30
**Filed Date:** 10/18/18 23:30　**Assigned Date:** 10/18/18 23:30
**Approved By:** ASHWORTH (V3197), SAMMY #S218　　　　　　　　**Date Approved:** 10/19/2018 12:44:43 PM
**Reviewed By:** VASQUEZ (V2005), EVA #T93　　　　　　　　　　**Date Reviewed:** 10/23/2018 10:59:16 AM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1　**Type:** PERSON
**Name:** UNKNOWN
**Race:** X　　**Sex:** X　　**Hair:** XXX　**Eyes:** XXX
**Suspect Status:** ATLG
　Unknown
**Address:** , FRESNO, CA
**VICTIM:** SCOGGINS,DANELLE RENEE

**Inv:** VICTIM # 1　　**Adult/Juvenile:** A　**Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B　**Sex:** F　**DOB:** 12/07/1981　**Age:** 36　　**Height:** 508　**Weight:** 190　**Hair:** BLK　**Eyes:** BRO
**Language:** ENGLISH
**Identification:** SUSP - B9462522 - CA
**Home:** 3044 N FRUIT AV #P, FRESNO, CA 93705
**Phone:** (510)560-1756
**SUSPECT:** UNKNOWN

## MO

None

## OTHER FACTORS

None

**Officer: GREGORY (V3459), KATHERINE #P1814**　　　　　　　　　　**Page 1 of 2**
**Supervisor: ASHWORTH (V3197), SAMMY #S218**

**FRESNO POLICE DEPARTMENT**

| Event: 18BS4500 | CA0100500 | Case: 18-069652 |
|---|---|---|

**NARRATIVE**

**SOURCE:**

On 10/18/18, I was working uniformed patrol in the Central district detailed as 2F41. At approx. 2330 hrs. I was dispatched to 3044 N Fruit Av #P regarding a theft.

**INVESTIGATION:**

I arrived at approx. 2340 hrs. and contacted the reporting party, who verbally identified herself as V-Danelle Scoggins. She provided the following statement.

**Statement of V-Scoggins:**

Scoggins stated that approx. 6-7 months ago an unknown suspect stole her CA ID and her social security card from her residence. She could not pinpoint exactly when this occurred. There was never any forced entry to the apartment.  She is in a program and they have a key to her apartment but she was also dating several different women during that time period and they would have had access. She did not want to provide me with their names. She noticed the cards missing but did not report it at that time because she thought all she needed to do was go get new ones. She stated that she has a mental disability so it is difficult for her to understand what she needs to do in certain situations.

4-5 months ago she started receiving letters from an unknown credit bureau saying that she had signed up for something. She did not know what exactly it was and stated that she did not have any of the letters. She tried to tell them that she had not signed up for anything but has been unable to cancel anything because she does not know passcodes or security question answers. They told her that they would need a police report before they could provide any assistance.

**CONCLUSIONS / DEDUCTIONS:**

On an unknown date and time 6-7 months ago, V-Scoggins noticed her ID and social security card missing from her apartment. Approx. 5 months ago she began getting letters from a credit bureau saying that she had signed up for something which she never did. Based on the provided information, I concluded that the unknown suspect S-1 violated PC 484(a)- theft and PC 530.5(a)- use of identifying information to obtain credit. There is no suspect info at this time.

**DISPOSITION:**

1. AXON body camera footage available.
2. I provided V-Scoggins with a case number and mailed her a Marsy's Law letter.
3. S-1 is outstanding at this time.

| Officer: GREGORY (V3459), KATHERINE #P1814 | Page 2 of 2 |
|---|---|
| Supervisor: ASHWORTH (V3197), SAMMY #S218 | |

Fresno Police Department
Event Report

Page 1 of 3

Time: 09/12/2022 15:01:45

Event: 18-AI6716

## INCIDENT INFORMATION

| Receive Time 02/25/2018 22:02:40 | Clear Time 2/25/2018 10:26:28 PM | Call Taker WORDEN (V3093), TAMI  ID: D3081 | | Position PD01 |
|---|---|---|---|---|
| Classification 3C | Priority 3 | How Receive O | This Copy was prepared by the Fresno Police Department on (Date)   09/12/2022 | |
| Address W CALIFORNIA AV / S THORNE AV, FRESNO | | | For the official use of: Name___ Danielle Scoggins | |
| Police Agency PD | District SW | Beat C | Station Agency___ | Zone 2853 |
| | | | and may not be revealed by any unauthorized person By___ B Jones T341 | |

## SYNOPSIS

VEH W/3 OR 4

## DISPOSITIONS

| Closing Class 3C1 | Event Dispo I | Location O | Unit Code 80 | Agency: Case Number PD: | Primary Staff HUTCHINS (V3293), BRET P1717 |
|---|---|---|---|---|---|

## UNIT HISTORIES / SUPPLEMENTS

| Time 02/25/2018 22:02:40 | Unit 1D31 | Status D | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
|---|---|---|---|---|
| Location CALIF/THORNE | | | | |
| Time 02/25/2018 22:02:40 | Unit 1D31 | Status ER | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/THORNE | | | | |
| Time 02/25/2018 22:02:40 | Unit 1D31 | Status ECOMM | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/THORNE | | | | |
| Comment License Plate Check LIC:7ZUG516 LIS:CA Request Key:29608699 | | | | |
| Time 02/25/2018 22:02:40 | Unit 1D31 | Status 3C | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/THORNE | | | | |
| Time 02/25/2018 22:02:53 | Unit 1C22 | Status D | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/THORNE | | | | |
| Time 02/25/2018 22:02:53 | Unit 1C22 | Status ER | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/THORNE | | | | |
| Time 02/25/2018 22:03:13 | Unit 1D31 | Status 3C | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/E THORNE | | | | |
| Time 02/25/2018 22:03:13 | Unit 1C22 | Status ER | Operator WORDEN (V3093), TAMI  ID: D3081 | Position PD01 |
| Location CALIF/E THORNE | | | | |
| Time 02/25/2018 22:03:26 | Unit 1C22 | Status AR | Operator SANDERS (V3389), SAM  ID: P1765 | Position A00601 |
| Location CALIF/E THORNE | | | | |

Fresno Police Department
Event Report

Page 2 of 3

Time: 09/12/2022 15:01:45

Event: 18-AI6716

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:06:40 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAM:WILLIAMS,SHAWN DOB:19770527 SEX:M RACE: Request Key:29608707 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:07:44 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAM:SCOGGINS,DANELLE  DOB:19811207 SEX:F RACE: Request Key:29608711 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:07:49 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAME ID:125166257 Request Key:29608712 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:07:55 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAME ID:127238813 Request Key:29608713 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:08:42 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAM:WRIGHT,ROBERT  DOB:19860917 SEX:M RACE: Request Key:29608715 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:08:55 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAME ID:23617558 Request Key:29608718 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:08:55 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAME ID:111665522 Request Key:29608719 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:08:57 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Comment | | | | |
| NAME ID:124368123 Request Key:29608720 | | | | |
| Time | | | Operator | Position |
| 02/25/2018 22:09:43 | | | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Supplement | | | | |
| NEG HS/NSET ON WILLIAMS, SCOGGINS AND WRIGHT | | | | |
| Time | | | Operator | Position |
| 02/25/2018 22:14:38 | | | HUTCHINS (V3293), BRET   ID: P1717 | A00629 |
| Supplement | | | | |
| VEHICLE STOPPED FOR NOT COMING TO A COMPLETE STOP. OCCUPANTS RNU AND CLEARED OF ALL WANTS. DRIVER ADVISED OF DANGEROUS DRIVING AND SOW W/ A WARNING. | | | | |

Fresno Police Department
Event Report

Time: 09/12/2022 15:01:45

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| **02/25/2018 22:22:06** | **1D31** | **ECOMM** | **HUTCHINS (V3293), BRET   ID: P1717** | **A00629** |

| Location |
|----------|
| **CALIF/E THORNE** |

| Comment |
|---------|
| **LIC:6RFW882 LIT:PC LIS:CA Request Key:29608762** |

| Time | Unit | Dissociate Status |
|------|------|-------------------|
| **02/25/2018 22:19:21** | **1C22** | **IN** |

| Time | Unit | Dissociate Status |
|------|------|-------------------|
| **02/25/2018 22:26:28** | **1D31** | **IN** |

### STAFF

| Police Unit | Staff |
|-------------|-------|
| **1C22** | **SANDERS (V3389), SAM   ID: P1765** |
| **1D31** | **HUTCHINS (V3293), BRET   ID: P1717** |

### RESPONSE TIMES

| | Event | Police | Fire | |
|--|-------|--------|------|--|
| **Receive** | **02/25/2018 22:02:40** | **02/25/2018 22:02:40** | | |
| **Save** | **02/25/2018 22:02:40** | | | |
| **Dispatch** | **02/25/2018 22:02:40** | **02/25/2018 22:02:40** | | |
| **Enroute** | **02/25/2018 22:02:40** | **02/25/2018 22:02:40** | | |
| **Arrive** | **02/25/2018 22:02:40** | **02/25/2018 22:02:40** | | |
| **Last Clear** | **02/25/2018 22:26:28** | **02/25/2018 22:26:28** | | |
| **No. of Units** | **2** | **2** | **0** | |

This Copy was prepared by the Fresno Police Department on (Date) 09/12/2022
For the official use of:
Name Danielle Scoggins
Agency
and may not be revealed by any unauthorized person
By B Jones T341

## LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BP0297**                                                 **Case: 18-063934**

### INCIDENT INFORMATION

**Report #:** 1 of 2     **Report Type:** PROP CRIME     **District:** CE  **Beat:** C     **Zone:** 2153
**Definition and Class:** PC594(B)(2)(A) - VANDALISM -$400 - Lvl M
**Occurred From:** 09/25/18 22:52 Tue     **Occurred To:** 09/25/18 23:00 Tue     **Received Date:** 09/25/18 22:52 Tue
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street:** W CORNELL AV
**How Rcv::** T

### CASE FACTORS

**EVIDENCE**
    LATENTS WERE RECOVERED
**FOLLOWUP**
    VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
    ELECTRONIC REPORT

### APPROVALS AND ROUTING

**Close Class:** 4W3 - VANDAL/OTH STRUCTURE     **Open Class::** 4F
**CAS Code:** VAND
**Printed:** 9/12/2022 2:53:48 PM     **Printed By:** JONES, BRENDA(T341)     **Printed From:** L80549
  Press Log
**Rpt #:** 1     **Type:** FIRST     **Officer:** FRANCO (V3386), DEVIN #P1942  **Clerk:** #     **Created:** 09/25/18 23:32
**Filed Date:** 09/25/18 23:32  **Assigned Date:** 09/25/18 23:32
**Approved By:** LEE (V3949), JEFF #P1320                     **Date Approved:** 10/1/2018 3:00:52 AM
**Reviewed By:** DUNN (V3874), KIMBERLY #T249                 **Date Reviewed:** 10/8/2018 5:27:30 PM
**Routing:** None

### NAMES

**Inv:** SUSPECT # 1   **Type:** PERSON
**Name:** UNKNOWN
**Suspect Status:** ATLG
 Unknown

**Inv:** VICTIM # 1     **Adult/Juvenile:** A   **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B     **Sex:** F     **DOB:** 12/07/1981  **Age:** 36     **Height:** 508  **Weight:** 190  **Hair:** BLK     **Eyes:** BRO
**Identification:** SUSP - B9462522 - CA
**Address:** 3044 N FRUIT P, FRESNO, CA 93705

### VEHICLES

**Inv:** INVOLVED VEHICLE     **Date/Time:** 9/25/2018 10:52:00 PM
**License:** 7ZUG516  **State:** CA     **Lic Year:** 2018     **Lic Type:** PC     **Year:** 1991  **Make:** ACUR
**Model:** LEGEND  **Style:** CP     **Color:** GRY **VIN:** JH4KA8251MC007815     **Condition:** BAD     **Value:** 2000
**Financial Responsibility:** SCOGGINS, DANELLE  ` **Vehicle Dispo:** SCN
**Description:** 2 VEHICLE ALARMS ON VEHICLE WERE NOT WORKING. SIDE FENDERS ON BOTH SIDES OF VEHICLE WERE CRACKED. TOP OF LEFT DRIVER SIDE DOOR HAD MINOR DAMAGE.

| Damage Type | Extent | Color | Location |
|---|---|---|---|
| CRACKED | MINOR DAMAGE | | RIGHT FRONT FENDER |
| CRACKED | MINOR DAMAGE | | LEFT FRONT DOOR |

**Officer:** FRANCO (V3386), DEVIN #P1942                                **Page 1 of 3**
**Supervisor:** LEE (V3949), JEFF #P1320

## FRESNO POLICE DEPARTMENT

| Event: 18BP0297 | CA0100500 | Case: 18-063934 |
|---|---|---|

**VICTIM:** SCOGGINS,DANELLE RENEE

### MO

None

### OTHER FACTORS

None

### NARRATIVE

**MEMBERS WHO CAN TESTIFY:**
Cpl. J.Lee #P1320


**SOURCE:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized.


**INVESTIGATION:**
Upon arrival, I came in contact with the RP who identified herself as Danelle Scoggins. Scoggins stated the following.

Statment of Scoggins:
She said she was upstairs in her apt. when she heard a vehicle alarm go off. She went outside to see if it was her vehicle that was going off. As she looked outside she saw two HMA wearing all black near her vehicle. When the two HMA adults saw her they immediately left on their bikes towards Shields and Fruit. She went to go check her vehicle and noticed her alarms were not working anymore on the vehicle. She also saw that there was damage done to her side fenders and noticed there were handprints on her driver side window.

She estimated her damages to the vehicle to be $200. She also requested to have finger prints done on the vehicle.

I dusted the vehicle and recovered latent prints.

At this time Scoggins wants the events documented.

**CONCLUSIONS / DEDUCTIONS:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized. It appears two HMA were seen near her vehicle when Scoggins went outside to see if her car alarm was going off. The two males saw her and left immediately on their bikes toward Shields and Fruit. Latent prints were obtained from the vehicle and the unknown suspects did not make entry into the vehicle and are still at large.

**DISPOSITION:**
Scoggins was given a case number.
Latent prints were recovered.


| Officer: FRANCO (V3386), DEVIN #P1942 | Page 2 of 3 |
|---|---|
| Supervisor: LEE (V3949), JEFF #P1320 | |

**Event: 18-BP0297**

Fresno Police Department
Event Report

Page 1 of 3

Time: 01/21/2020 11:46:01

Event: 18-AI6716

## INCIDENT INFORMATION

| Receive Time | Clear Time | Call Taker | | Position |
|---|---|---|---|---|
| 02/25/2018 22:02:40 | 2/25/2018 10:26:28 PM | WORDEN (V3093), TAMI  ID: D3081 | | PD01 |
| Classification | Priority | How Receive | Services | |
| 3C | 3 | O | Police | |
| Address | | | | |
| W CALIFORNIA AV / S THORNE AV, FRESNO | | | | |
| Police Agency | District | Beat | | Zone |
| PD | SW | C | | 2853 |

This Copy was prepared by the Fresno Police
Department on (Date) 1/21/20

For the official use of:

Name  Danelle Scoggins

Agency

and may not be revealed by any unauthorized person

By       V.Aguirre T372

## SYNOPSIS

VEH W/3 OR 4

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| 3C1 | I | O | 80 | PD: | HUTCHINS (V3293), BRET P1717 |

## UNIT HISTORIES / SUPPLEMENTS

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| 02/25/2018 22:02:40 | 1D31 | D | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:02:40 | 1D31 | ER | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:02:40 | 1D31 | ECOMM | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/THORNE | | | | |
| Comment | | | | |
| License Plate Check LIC:7ZUG516 LIS:CA Request Key:29608699 | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:02:40 | 1D31 | 3C | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:02:53 | 1C22 | D | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:02:53 | 1C22 | ER | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:03:13 | 1D31 | 3C | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:03:13 | 1C22 | ER | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Location | | | | |
| CALIF/E THORNE | | | | |
| Time | Unit | Status | Operator | Position |
| 02/25/2018 22:03:26 | 1C22 | AR | SANDERS (V3389), SAM  ID: P1765 | A00601 |
| Location | | | | |
| CALIF/E THORNE | | | | |

Fresno Police Department
Event Report

Time: 01/21/2020 11:46:01

Event: 18-AI6716

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:06:40 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:07:44 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:07:49 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:07:55 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:08:42 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:08:55 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:08:55 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Unit | Status | Operator | Position |
|------|------|--------|----------|----------|
| 02/25/2018 22:08:57 | 1D31 | ECOMM | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Location | | | | |
| **CALIF/E THORNE** | | | | |
| Comment | | | | |

| Time | Operator | Position |
|------|----------|----------|
| 02/25/2018 22:09:43 | WORDEN (V3093), TAMI  ID: D3081 | PD01 |
| Supplement | | |
| **NEG HS/NSET ON WILLIAMS, SCOGGINS AND WRIGHT** | | |

| Time | Operator | Position |
|------|----------|----------|
| 02/25/2018 22:14:38 | HUTCHINS (V3293), BRET  ID: P1717 | A00629 |
| Supplement | | |
| **VEHICLE STOPPED FOR NOT COMING TO A COMPLETE STOP. OCCUPANTS RNU AND CLEARED OF ALL WANTS. DRIVER ADVISED OF DANGEROUS DRIVING AND SOW W/ A WARNING.** | | |

Fresno Police Department

Page 3 of 3

Event Report

Time: 01/21/2020 11:46:01

Event: 18-AI6716

| Time | Unit | Status | Operator | | Position |
|------|------|--------|----------|--|----------|
| 02/25/2018 22:22:06 | 1D31 | ECOMM | HUTCHINS (V3293), BRET   ID: P1717 | | A00629 |

| Location |
|----------|
| **CALIF/E THORNE** |

| Comment |
|---------|
| **LIC:6RFW882 LIT:PC LIS:CA Request Key:29608762** |

| Time | Unit | Dissociate Status |
|------|------|-------------------|
| 02/25/2018 22:19:21 | 1C22 | IN |

| Time | Unit | Dissociate Status |
|------|------|-------------------|
| 02/25/2018 22:26:28 | 1D31 | IN |

## STAFF

| Police Unit | Staff |
|-------------|-------|
| 1C22 | SANDERS (V3389), SAM   ID: P1765 |
| Police Unit | Staff |
| 1D31 | HUTCHINS (V3293), BRET   ID: P1717 |

## RESPONSE TIMES

| | Event | Police | Fire | |
|---|-------|--------|------|--|
| **Receive** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Save** | 02/25/2018 22:02:40 | | | |
| **Dispatch** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Enroute** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Arrive** | 02/25/2018 22:02:40 | 02/25/2018 22:02:40 | | |
| **Last Clear** | 02/25/2018 22:26:28 | 02/25/2018 22:26:28 | | |
| **No. of Units** | 2 | 2 | 0 | |

This Copy was prepared by the Fresno Police
Department on (Date) __1/21/20_____
For the official use of:
Name __Danelle Scoggins_____
Agency_____ **LAW ENFORCEMENT REPORT FORM**
and may not be revealed by any unauthorized person **FRESNO POLICE DEPARTMENT**
By_____ V.Aguirre T372_____ 2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BP0297**                                                   **Case: 18-063934**

## INCIDENT INFORMATION

**Report #:** 1 of 2     **Report Type:** PROP CRIME     **District:** CE **Beat:** C     **Zone:** 2153
**Definition and Class:** PC594(B)(2)(A) - VANDALISM -$400 - Lvl M
**Occurred From:** 09/25/18 22:52 Tue     **Occurred To:** 09/25/18 23:00 Tue     **Received Date:** 09/25/18 22:52 Tue
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street:** W CORNELL AV
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
       LATENTS WERE RECOVERED
**FOLLOWUP**
       VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
       ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4W3 - VANDAL/OTH STRUCTURE     **Open Class::** 4F
**CAS Code:** VAND
**Printed:** 1/21/2020 11:51:49 AM **Printed By:** AGUIRRE, VALERIE(T372)     **Printed From:** R10181
Press Log
**Rpt #:** 1     **Type:** FIRST     **Officer:** FRANCO (V3386), DEVIN #P1942     **Clerk: #**     **Created:** 09/25/18 23:32
**Filed Date:** 09/25/18 23:32 **Assigned Date:** 09/25/18 23:32
**Approved By:** LEE (V3949), JEFF #P1320                     **Date Approved:** 10/1/2018 3:00:52 AM
**Reviewed By:** DUNN (V3874), KIMBERLY #T249                     **Date Reviewed:** 10/8/2018 5:27:30 PM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1     **Type:** PERSON
**Name:** UNKNOWN
**Suspect Status:** ATLG
Unknown

**Inv:** VICTIM # 1     **Adult/Juvenile:** A     **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B     **Sex:** F     **DOB:** 12/07/1981     **Age:** 36     **Height:** 508 **Weight:** 190 **Hair:** BLK     **Eyes:** BRO
**Identification:** SUSP - B9462522 - CA
**Address:** 3044 N FRUIT P, FRESNO, CA 93705

## VEHICLES

**Inv:** INVOLVED VEHICLE     **Date/Time:** 9/25/2018 10:52:00 PM
**License:** 7ZUG516 **State:** CA     **Lic Year:** 2018     **Lic Type:** PC     **Year:** 1991     **Make:** ACUR
**Model:** LEGEND     **Style:** CP     **Color:** GRY **VIN:** JH4KA8251MC007815     **Condition:** BAD     **Value:** 2000
**Financial Responsibility:** SCOGGINS, DANELLE     **Vehicle Dispo:** SCN
**Description:** 2 VEHICLE ALARMS ON VEHICLE WERE NOT WORKING. SIDE FENDERS ON BOTH SIDES OF VEHICLE
WERE CRACKED. TOP OF LEFT DRIVER SIDE DOOR HAD MINOR DAMAGE.

| Damage Type | Extent | Color | Location |
|---|---|---|---|
| CRACKED | MINOR DAMAGE | | RIGHT FRONT FENDER |
| CRACKED | MINOR DAMAGE | | LEFT FRONT DOOR |

**Officer:** FRANCO (V3386), DEVIN #P1942                                         Page 1 of 3
**Supervisor:** LEE (V3949), JEFF #P1320

## FRESNO POLICE DEPARTMENT
CA0100500

**Event: 18BP0297**                                           **Case: 18-063934**

| VICTIM: SCOGGINS,DANELLE RENEE |
|---|

### MO
None

### OTHER FACTORS
None

### NARRATIVE

**MEMBERS WHO CAN TESTIFY:**
Cpl. J.Lee #P1320

**SOURCE:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized.

**INVESTIGATION:**
Upon arrival, I came in contact with the RP who identified herself as Danelle Scoggins. Scoggins stated the following.

Statment of Scoggins:
She said she was upstairs in her apt. when she heard a vehicle alarm go off. She went outside to see if it was her vehicle that was going off. As she looked outside she saw two HMA wearing all black near her vehicle. When the two HMA adults saw her they immediately left on their bikes towards Shields and Fruit. She went to go check her vehicle and noticed her alarms were not working anymore on the vehicle. She also saw that there was damage done to her side fenders and noticed there were handprints on her driver side window.

She estimated her damages to the vehicle to be $200. She also requested to have finger prints done on the vehicle.

I dusted the vehicle and recovered latent prints.

At this time Scoggins wants the events documented.

**CONCLUSIONS / DEDUCTIONS:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized. It appears two HMA were seen near her vehicle when Scoggins went outside to see if her car alarm was going off. The two males saw her and left immediately on their bikes toward Shields and Fruit. Latent prints were obtained from the vehicle and the unknown suspects did not make entry into the vehicle and are still at large.

**DISPOSITION:**
Scoggins was given a case number.
Latent prints were recovered.

---

Officer: FRANCO (V3386), DEVIN #P1942
Supervisor: LEE (V3949), JEFF #P1320

# FRESNO POLICE DEPARTMENT
CA0100500

**Event: 18BP0297**        **Case: 18-063934**

| VICTIM: SCOGGINS,DANELLE RENEE |
|---|
| **MO** |
| **None** |
| **OTHER FACTORS** |
| **None** |
| **NARRATIVE** |

## MEMBERS WHO CAN TESTIFY:
Cpl. J.Lee #P1320


## SOURCE:
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized.


## INVESTIGATION:
Upon arrival, I came in contact with the RP who identified herself as Danelle Scoggins. Scoggins stated the following.

Statment of Scoggins:
She said she was upstairs in her apt. when she heard a vehicle alarm go off. She went outside to see if it was her vehicle that was going off. As she looked outside she saw two HMA wearing all black near her vehicle. When the two HMA adults saw her they immediately left on their bikes towards Shields and Fruit. She went to go check her vehicle and noticed her alarms were not working anymore on the vehicle. She also saw that there was damage done to her side fenders and noticed there were handprints on her driver side window.

She estimated her damages to the vehicle to be $200. She also requested to have finger prints done on the vehicle.

I dusted the vehicle and recovered latent prints.

At this time Scoggins wants the events documented.


## CONCLUSIONS / DEDUCTIONS:
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized. It appears two HMA were seen near her vehicle when Scoggins went outside to see if her car alarm was going off. The two males saw her and left immediately on their bikes toward Shields and Fruit. Latent prints were obtained from the vehicle and the unknown suspects did not make entry into the vehicle and are still at large.


## DISPOSITION:
Scoggins was given a case number.
Latent prints were recovered.

Fresno Police Department
Event Report

Page 1 of 2

Time: 01/21/2020 11:56:38

Event: 18-BD7864

## INCIDENT INFORMATION

| Receive Time 07/14/2018 09:59:12 | Clear Time 7/14/2018 5:46:05 PM | Call Taker DEALBA PM 1.21.19, ANITRA   ID: DT036 | | Position CT21 |
|---|---|---|---|---|
| Classification 4F1 | Priority 3 | How Receive T | Services Police | |

Address
**3044 N FRUIT AV #P / W CORNELL AV, FRESNO**

| Police Agency PD | District CE | Beat C | Station | Zone 2153 |
|---|---|---|---|---|

This Copy was prepared by the Fresno Police
Department on (Date)    1/21/20

## REPORTING PARTIES

| Name SCOGGINS DANIELLE    Danelle Scoggins | Phone (559)994-4146 |
|---|---|
| Address | Info |

For the official use of:
Name
Agency
and may not be revealed by any unauthorized person
By    V.Aguirre T372

## SYNOPSIS

**ATT VEH 459 TO RP VEH ... RP STS SUSP WENT UNDER HER VEH AND DAMAGED SOME PROP**

## DISPOSITIONS

| Closing Class 4F1 | Event Dispo O | Location R | Unit Code 80 | Agency: Case Number PD: | Primary Staff AGUINIGA (V3960), ROMAN P1846 |
|---|---|---|---|---|---|

## UNIT HISTORIES / SUPPLEMENTS

| Time 07/14/2018 11:50:40 | | | Operator MARIN PM 1.21.19, KIA   ID: D3062 | Position CT01 |
|---|---|---|---|---|

Supplement
**P2 PD02 ,RP CB REG RESP TIME ... LL RP WHEN OFFCR ER**

| Time 07/14/2018 17:22:25 | Unit 2C31 | Status D | Operator CARTER (V3488), ALLISON   ID: D3122 | Position PD02 |
|---|---|---|---|---|
| Time 07/14/2018 17:22:25 | | | Operator CARTER (V3488), ALLISON   ID: D3122 | Position PD02 |

Supplement
**2C31 Comment: WILL ADV**

| Time 07/14/2018 17:22:37 | Unit 2C31 | Status ER | Operator AGUINIGA (V3960), ROMAN   ID: P1846 | Position A00586 |
|---|---|---|---|---|
| Time 07/14/2018 17:22:40 | | | Operator CARTER (V3488), ALLISON   ID: D3122 | Position PD02 |

Supplement
**P2 UT ,LL RP AND ADV UNITS ER....AVAIL?**

| Time 07/14/2018 17:24:47 | | | Operator ISQUIERDO (V3043), REBEKAH   ID: D3063 | Position CT18 |
|---|---|---|---|---|

Supplement
**P2 PD02 ,2C31..NO ANS FOR THE RP AND VM IS FULL NOT ABLE TO LEAVE VM**

| Time 07/14/2018 17:26:41 | Unit 2C31 | Status AR | Operator AGUINIGA (V3960), ROMAN   ID: P1846 | Position ˙A00586 |
|---|---|---|---|---|
| Time 07/14/2018 17:35:58 | Unit 2C31 | Status ECOMM | Operator GUZMAN (V3049), RAFAEL   ID: D3039 | Position PD02 |

Comment
**License Plate Check LIC:7ZUG516 LIS:CA Request Key:30197980**

| Time 07/14/2018 17:45:37 | | | Operator AGUINIGA (V3960), ROMAN   ID: P1846 | Position A00586 |
|---|---|---|---|---|

Supplement
**MADE CONTACT WITH RP AND VEHICLE CHECKED OUT OK. SHE WAS CONCERN THAT HER VEHICLE WAS BEING TAMPERED WITH. NO SIGNS OF NEW DAMAGE TO THE VEHICLE SEEN. NFI**

This Copy was prepared by the Fresno Police
Department on (Date) __09/12/2022_____
For the official use of:
Name __Danielle Scoggins_____
Agency_____
and may not be revealed by any unauthorized person
By __B Jones T341__

# LAW ENFORCEMENT REPORT FORM
## FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 18BP0297**                                    **Case: 18-063934**

## INCIDENT INFORMATION

**Report #:** 1 of 2    **Report Type:** PROP CRIME    **District:** CE  **Beat:** C    **Zone:** 2153
**Definition and Class:** PC594(B)(2)(A) - VANDALISM -$400 - Lvl M
**Occurred From:** 09/25/18 22:52 Tue    **Occurred To:** 09/25/18 23:00 Tue    **Received Date:** 09/25/18 22:52 Tue
**Location:** 3044 N FRUIT AV #P FRESNO
**Cross Street:** W CORNELL AV
**How Rcv::** T

## CASE FACTORS

**EVIDENCE**
    LATENTS WERE RECOVERED
**FOLLOWUP**
    VICTIM WILL PROSECUTE
**SPECIAL FACTORS**
    ELECTRONIC REPORT

## APPROVALS AND ROUTING

**Close Class:** 4W3 - VANDAL/OTH STRUCTURE    **Open Class::** 4F
**CAS Code:** VAND
**Printed:** 9/12/2022 4:00:17 PM    **Printed By:** JONES, BRENDA(T341)    **Printed From:** L80549
  Press Log
**Rpt #:** 1    **Type:** FIRST    **Officer:** FRANCO (V3386), DEVIN #P1942    **Clerk:** #    **Created:** 09/25/18 23:32
**Filed Date:** 09/25/18 23:32 **Assigned Date:** 09/25/18 23:32
**Approved By:** LEE (V3949), JEFF #P1320                    **Date Approved:** 10/1/2018 3:00:52 AM
**Reviewed By:** DUNN (V3874), KIMBERLY #T249                **Date Reviewed:** 10/8/2018 5:27:30 PM
**Routing:** None

## NAMES

**Inv:** SUSPECT # 1    **Type:** PERSON
**Name:** UNKNOWN
**Suspect Status:** ATLG
 Unknown

**Inv:** VICTIM # 1    **Adult/Juvenile:** A    **Type:** PERSON
**Name:** SCOGGINS,DANELLE RENEE
**Race:** B    **Sex:** F    **DOB:** 12/07/1981    **Age:** 36    **Height:** 508  **Weight:** 190  **Hair:** BLK    **Eyes:** BRO
**Identification:** SUSP - B9462522 - CA
**Address:** 3044 N FRUIT P, FRESNO, CA 93705

## VEHICLES

**Inv:** INVOLVED VEHICLE    **Date/Time:** 9/25/2018 10:52:00 PM
**License:** 7ZUG516 **State:** CA    **Lic Year:** 2018    **Lic Type:** PC    **Year:** 1991  **Make:** ACUR
**Model:** LEGEND    **Style:** CP    **Color:** GRY **VIN:** JH4KA8251MC007815    **Condition:** BAD    **Value:** 2000
**Financial Responsibility:** SCOGGINS, DANELLE    **Vehicle Dispo:** SCN
**Description:** 2 VEHICLE ALARMS ON VEHICLE WERE NOT WORKING. SIDE FENDERS ON BOTH SIDES OF VEHICLE
WERE CRACKED. TOP OF LEFT DRIVER SIDE DOOR HAD MINOR DAMAGE.

| Damage Type | Extent | Color | Location |
|---|---|---|---|
| CRACKED | MINOR DAMAGE | | RIGHT FRONT FENDER |
| CRACKED | MINOR DAMAGE | | LEFT FRONT DOOR |

**Officer: FRANCO (V3386), DEVIN #P1942**                    **Page 1 of 3**
**Supervisor: LEE (V3949), JEFF #P1320**

## FRESNO POLICE DEPARTMENT

| Event: 18BP0297 | CA0100500 | Case: 18-063934 |
|---|---|---|

**VICTIM: SCOGGINS,DANELLE RENEE**

### MO

None

### OTHER FACTORS

None

### NARRATIVE

**MEMBERS WHO CAN TESTIFY:**
Cpl. J.Lee #P1320


**SOURCE:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized.


**INVESTIGATION:**
Upon arrival, I came in contact with the RP who identified herself as Danelle Scoggins. Scoggins stated the following.

Statment of Scoggins:
She said she was upstairs in her apt. when she heard a vehicle alarm go off. She went outside to see if it was her vehicle that was going off. As she looked outside she saw two HMA wearing all black near her vehicle. When the two HMA adults saw her they immediately left on their bikes towards Shields and Fruit. She went to go check her vehicle and noticed her alarms were not working anymore on the vehicle. She also saw that there was damage done to her side fenders and noticed there were handprints on her driver side window.

She estimated her damages to the vehicle to be $200. She also requested to have finger prints done on the vehicle.

I dusted the vehicle and recovered latent prints.

At this time Scoggins wants the events documented.

**CONCLUSIONS / DEDUCTIONS:**
On Tuesday, 9-25-18, I was working uniformed patrol in central Fresno. At approx. 2327 hrs. i was dispatched to 3044 N Fruit regarding a vehicle being burglarized. It appears two HMA were seen near her vehicle when Scoggins went outside to see if her car alarm was going off. The two males saw her and left immediately on their bikes toward Shields and Fruit. Latent prints were obtained from the vehicle and the unknown suspects did not make entry into the vehicle and are still at large.

**DISPOSITION:**
Scoggins was given a case number.
Latent prints were recovered.

| Officer: FRANCO (V3386), DEVIN #P1942 | Page 2 of 3 |
|---|---|
| Supervisor: LEE (V3949), JEFF #P1320 | |

**Event: 18-BP0297**

**Fresno Police Department**
**Event Report**

Time: 01/21/2020 12:02:57                                                                  Event: 18-BJ3711

## INCIDENT INFORMATION

| Receive Time 08/20/2018 12:38:10 | Clear Time 8/20/2018 3:38:59 PM | Call Taker MATA (V3065), MARTA   ID: D3032 | | Position CT07 |
|---|---|---|---|---|
| Classification 4D | Priority 1 | How Receive T | Services Police | |
| Address 3044 N FRUIT AV #R / W CORNELL AV, FRESNO | | | | |
| Police Agency PD | District CE | Beat C | Station | Zone 2153 |

This Copy was prepared by the Fresno Police
Department on (Date)   1/21/20

## REPORTING PARTIES

| Name  For the official use of: | Phone |
|---|---|
| Name   Danelle Scoggins | Info |
| Address  Agency | 911 Caller, Contact |
| and may not be revealed by any unauthorized person | |
| By       V.Aguirre T372 | |

## SYNOPSIS

VICT OF ASSUALT .. RP WAS HIT BY HIS NEIGHBOR W/A CHAIR .. REFUSED AMB / NEIGHBOR IS 3 UNITS DOWN FROM RPS APT #P .. BFA 5/6 LSW: BLU TANK W/ORLANDO ON IT W/LONG BLK SHORTS

## DISPOSITIONS

| Closing Class 4D2 | Event Dispo C | Location R | Unit Code 80 | Agency: Case Number PD: 18-054952 | Primary Staff PHEBUS (V3122), STEPHEN P1251 |
|---|---|---|---|---|---|

## UNIT HISTORIES / SUPPLEMENTS

| Time 08/20/2018 12:40:59 | Unit 2C11 | Status D | Operator OVOIAN (V3070), PATSY   ID: D3027 | Position PD02 |
|---|---|---|---|---|
| Time 08/20/2018 12:40:59 | | Operator OVOIAN (V3070), PATSY   ID: D3027 | | Position PD02 |

Supplement
2C11 Comment: WILL ADV

| Time 08/20/2018 12:41:04 | Unit 2C11 | Status ER | Operator PHEBUS (V3122), STEPHEN   ID: P1251 | Position A00676 |
|---|---|---|---|---|
| Time 08/20/2018 12:42:14 | | Operator MATA (V3065), MARTA   ID: D3032 | | Position CT07 |

Supplement
P2 PD02 ,RP ALSO IN VERBAL DIST SAYING RUDE THINGS

| Time 08/20/2018 12:43:43 | | Operator OVOIAN (V3070), PATSY   ID: D3027 | | Position PD02 |
|---|---|---|---|---|

Supplement
AA3911 PRIOR CALL ...8B SERVED RP PAPERWORK

| Time 08/20/2018 12:46:51 | Unit 2C11 | Status AR | Operator PHEBUS (V3122), STEPHEN   ID: P1251 | Position A00676 |
|---|---|---|---|---|
| Time 08/20/2018 13:08:54 | | Operator MOORE (V3068), LORIN   ID: D3002 | | Position PD02 |

Supplement
P1 UT ,EMS C2 1M/VOL

| Time 08/20/2018 13:10:51 | | Operator MONTANO XF 1.21.19, STEPHANIE   ID: D3021 | | Position CT18 |
|---|---|---|---|---|

Supplement
P2 PD02 ,2C11, EMS ADV.D

| Time 08/20/2018 13:31:37 | Unit 2C11 | Dissociate Status D | | |
|---|---|---|---|---|

Fresno Police Department
Event Report

Page 2 of 2

/21/2020 12:02:57

Event: 18-BJ3711

| it | Staff |
|---|---|
| | PHEBUS (V3122), STEPHEN   ID: P1251 |

## RESPONSE TIMES

| | Event | Police | Fire | |
|---|---|---|---|---|
| Receive | 08/20/2018 12:38:10 | 08/20/2018 12:38:29 | | |
| Save | 08/20/2018 12:39:57 | | | |
| Dispatch | 08/20/2018 12:40:59 | 08/20/2018 12:40:59 | | |
| Enroute | 08/20/2018 12:41:04 | 08/20/2018 12:41:04 | | |
| Arrive | 08/20/2018 12:46:51 | 08/20/2018 12:46:51 | | |
| Last Clear | 08/20/2018 13:31:37 | 08/20/2018 13:31:37 | | |
| No. of Units | 1 | 1 | 0 | |

Event Report

| Receive Time 08/20/2018 12:38:10 | | Clear Time 8/20/2018 3:38:59 PM | | Call Taker MATA (V3065), MARTA   ID: D3032 | | |
|---|---|---|---|---|---|---|
| Classification 4D | | Priority 1 | | How Receive T | | Position CT07 |
| Address 3044 N FRUIT AV #R / W CORNELL AV, FRESNO | | | | Services Police | | |
| Police Agency PD | | District CE | | Beat C | Station | Zone 2153 |

This Copy was prepared by the Fresno Police Department on (Date)   1/21/20

For the official use of:

| Name   Danelle Scoggins | | Phone |
|---|---|---|
| Address | Agency_____ | Info |
| and may not be revealed by any unauthorized person | | 911 Caller, Contact |
| By   V.Aguirre T372 | | |

VICT OF ASSUALT .. RP WAS HIT BY HIS NEIGHBOR W/A CHAIR .. REFUSED AMB / NEIGHBOR IS 3 UNITS DOWN FROM RPS APT #P .. BFA 5/6 LSW: BLU TANK W/ORLANDO ON IT W/LONG BLK SHORTS

| Closing Class 4D2 | Event Dispo C | Location R | Unit Code 80 | Agency: Case Number PD: 18-054952 | Primary Staff PHEBUS (V3122), STEPHEN P1251 |
|---|---|---|---|---|---|

| Time 08/20/2018 12:40:59 | Unit 2C11 | Status D | Operator OVOIAN (V3070), PATSY   ID: D3027 | Position PD02 |
|---|---|---|---|---|
| Time 08/20/2018 12:40:59 | | | Operator OVOIAN (V3070), PATSY   ID: D3027 | Position PD02 |
| Supplement 2C11 Comment: WILL ADV | | | | |

| Time 08/20/2018 12:41:04 | Unit 2C11 | Status ER | Operator PHEBUS (V3122), STEPHEN   ID: P1251 | Position A00676 |
|---|---|---|---|---|
| Time 08/20/2018 12:42:14 | | | Operator MATA (V3065), MARTA   ID: D3032 | Position CT07 |
| Supplement P2 PD02 ,RP ALSO IN VERBAL DIST SAYING RUDE THINGS | | | | |

| Time 08/20/2018 12:43:43 | | | Operator OVOIAN (V3070), PATSY   ID: D3027 | Position PD02 |
|---|---|---|---|---|
| Supplement AA3911 PRIOR CALL ...8B SERVED RP PAPERWORK | | | | |

| Time 08/20/2018 12:46:51 | Unit 2C11 | Status AR | Operator PHEBUS (V3122), STEPHEN   ID: P1251 | Position A00676 |
|---|---|---|---|---|
| Time 08/20/2018 13:08:54 | | | Operator MOORE (V3068), LORIN   ID: D3002 | Position PD02 |
| Supplement P1 UT ,EMS C2 1M/VOL | | | | |

| Time 08/20/2018 13:10:51 | | | Operator MONTANO XF 1.21.19, STEPHANIE   ID: D3021 | Position CT18 |
|---|---|---|---|---|
| Supplement | | | | |

Fresno Police Department
Event Report

Event: 18-BJ3711

## INCIDENT INFORMATION

| Receive Time | Clear Time | Call Taker | | Position |
|---|---|---|---|---|
| **08/20/2018 12:38:10** | **8/20/2018 3:38:59 PM** | **MATA (V3065), MARTA**  ID: **D3032** | | **CT07** |
| Classification | Priority | How Receive | Services | |
| **4D** | **1** | **T** | **Police** | |
| Address | | | | |
| **3044 N FRUIT AV #R / W CORNELL AV, FRESNO** | | | | |
| Police Agency | District | Beat | Station | Zone |
| **PD** | **CE** | **C** | | **2153** |

This Copy was prepared by the Fresno Police
Department on (Date):   1/21/20

## REPORTING PARTIES

| Name | For the official use of: | | Phone | |
|---|---|---|---|---|
| | Name   Danelle Scoggins | | | |
| Address | Agency | | Info | |
| | and may not be revealed by any unauthorized person | | **911 Caller, Contact** | |
| By   V. Aguirre T372 | | | | |

## SYNOPSIS

VICT OF ASSUALT .. RP WAS HIT BY HIS NEIGHBOR W/A CHAIR .. REFUSED AMB / NEIGHBOR IS 3 UNITS DOWN FROM RPS APT #P .. BFA 5/6 LSW: BLU TANK W/ORLANDO ON IT W/LONG BLK SHORTS

## DISPOSITIONS

| Closing Class | Event Dispo | Location | Unit Code | Agency: Case Number | Primary Staff |
|---|---|---|---|---|---|
| **4D2** | **C** | **R** | **80** | PD: **18-054952** | **PHEBUS (V3122), STEPHEN P1251** |

## UNIT HISTORIES / SUPPLEMENTS

| Time | Unit | Status | Operator | Position |
|---|---|---|---|---|
| **08/20/2018 12:40:59** | **2C11** | **D** | **OVOIAN (V3070), PATSY   ID: D3027** | **PD02** |
| Time | | | Operator | Position |
| **08/20/2018 12:40:59** | | | **OVOIAN (V3070), PATSY   ID: D3027** | **PD02** |
| Supplement | | | | |
| **2C11 Comment: WILL ADV** | | | | |
| Time | Unit | Status | Operator | Position |
| **08/20/2018 12:41:04** | **2C11** | **ER** | **PHEBUS (V3122), STEPHEN   ID: P1251** | **A00676** |
| Time | | | Operator | Position |
| **08/20/2018 12:42:14** | | | **MATA (V3065), MARTA   ID: D3032** | **CT07** |
| Supplement | | | | |
| **P2 PD02 ,RP ALSO IN VERBAL DIST SAYING RUDE THINGS** | | | | |
| Time | | | Operator | Position |
| **08/20/2018 12:43:43** | | | **OVOIAN (V3070), PATSY   ID: D3027** | **PD02** |
| Supplement | | | | |
| **AA3911 PRIOR CALL ...8B SERVED RP PAPERWORK** | | | | |
| Time | Unit | Status | Operator | Position |
| **08/20/2018 12:46:51** | **2C11** | **AR** | **PHEBUS (V3122), STEPHEN   ID: P1251** | **A00676** |
| Time | | | Operator | Position |
| **08/20/2018 13:08:54** | | | **MOORE (V3068), LORIN   ID: D3002** | **PD02** |
| Supplement | | | | |
| **P1 UT ,EMS C2 1M/VOL** | | | | |
| Time | | | Operator | Position |
| **08/20/2018 13:10:51** | | | **MONTANO XF 1.21.19, STEPHANIE   ID: D3021** | **CT18** |
| Supplement | | | | |
| **P2 PD02 ,2C11, EMS ADV.D** | | | | |
| Time | Unit | Dissociate Status | | |
| **08/20/2018 13:31:37** | **2C11** | **D** | | |

Event: 18-BP0297

Officer: FRANCO (V3386), DEVIN #P1942
Supervisor: LEE (V3949), JEFF #P1320

Fresno Police Department
Event Report

Page 2 of 2

Time: 01/21/2020 12:02:57

Event: 18-BJ3711

| Police Unit | Staff |
|---|---|
| 2C11 | PHEBUS (V3122), STEPHEN   ID: P1251 |

## RESPONSE TIMES

| | Event | Police | Fire | |
|---|---|---|---|---|
| Receive | 08/20/2018 12:38:10 | 08/20/2018 12:38:29 | | |
| Save | 08/20/2018 12:39:57 | | | |
| Dispatch | 08/20/2018 12:40:59 | 08/20/2018 12:40:59 | | |
| Enroute | 08/20/2018 12:41:04 | 08/20/2018 12:41:04 | | |
| Arrive | 08/20/2018 12:46:51 | 08/20/2018 12:46:51 | | |
| Last Clear | 08/20/2018 13:31:37 | 08/20/2018 13:31:37 | | |
| No. of Units | 1 | 1 | 0 | |



**CCMC**

Service Type: Surgery
Loc: 5 MEDSURG CCMC
Admit Date: 08/31/2018
Discharge Date:

Fax Report

Patient: SCOGGINS,DANELLE RENEE
MRN: 01289484  CSN: 281425156
DOB: 12/7/1981 | Age: 36 | Sex: Female

**CLOVIS COMMUNITY MEDICAL CENTER**

Operative Report signed by Brown, Israel K, DO at 9/1/2018 12:44

| | | |
|---|---|---|
| Author: Brown, Israel K, DO<br>Filed: 9/1/2018 12:44<br>Status: Signed<br>Trans ID: ES4250211 | Service: (none)<br>Creation Time: 8/31/2018 14:33<br>Editor: Brown, Israel K, DO (Physician)<br>Dictation Time:    Trans Time:<br>8/31/2018 12:27    8/31/2018 14:33 | Author Type: Physician<br>Note Type: Operative Report<br><br>Trans Doc Type:    Trans Status:<br>Operative Report    Available |

## COMMUNITY MEDICAL CENTER - Clovis

AGE: 36   Female

OPERATIVE REPORT:

DATE OF SURGERY:
08/31/2018

SURGEON:
Israel Brown DO

ASSISTANT:
Paul Ostoya MD

PREOPERATIVE DIAGNOSES:
1. Chronic pelvic pain.
2. Symptomatic fibroid.
3. Menorrhagia.
4. Cervical dysplasia, CIN-2 (cervical intraepithelial neoplasia, grade 2).

POSTOPERATIVE DIAGNOSES:
1. Chronic pelvic pain.
2. Symptomatic fibroid.
3. Menorrhagia.
4. Cervical dysplasia, cervical intraepithelial neoplasia, grade 2.

PROCEDURES PERFORMED:
1. Total abdominal hysterectomy.
2. Bilateral salpingectomy.
3. Left ovarian cystectomy.

FINDINGS AND REMARKS:
About 8-10 week size uterus with a fundal fibroid measuring about 5 cm in size.  There was also bilateral tubal adhesion to the pelvic sidewalls.  This tube also had a peritubal cysts that were noted as well.  There was about a 4-5 cm simple ovarian cyst on the left ovary.  There was evidence of prior cesarean section with bladder adhered to the lower uterine segment.



**CCMC**

Service Type: Surgery
Loc: 5 MEDSURG CCMC
Admit Date: 08/31/2018
Discharge Date:

CLOVIS
COMMUNITY
MEDICAL CENTER

Fax Report

Patient: SCOGGINS,DANELLE RENEE
MRN: 01289484   CSN: 281425156
DOB: 12/7/1981   |   Age: 36   |   Sex: Female

---

Operative Report signed by Brown, Israel K, DO at 9/1/2018 12:44  (continued)

SPECIMENS SENT:
Uterine corpus and cervix, bilateral tubes and left ovarian cyst wall.

COMPLICATIONS:
None.

ANESTHESIA:
General endotracheal tube.

ESTIMATED BLOOD LOSS:
1000 mL.

INTRAVENOUS FLUID ADMINISTERED:
4 L.

URINE OUTPUT:
350 mL clear.

INDICATIONS:
Prior noted include chronic pelvic pain, menorrhagia, symptomatic uterine fibroid as well as a cervical dysplasia, cervical intraepithelial neoplasia, grade 2. Risks, benefits, alternatives and indications discussed with the patient including bleeding, infection, potential injury to bowel and bladder, anesthesia complications, scar formation and hernia formation. The patient also understood this procedure will make her permanently sterilized and she has given up her rights to have children in the future. Consent was obtained to that effect as well.

DESCRIPTION OF PROCEDURE:
The patient brought to the operating room, timeout was observed. The patient identified by name, medical record number, procedure and indication thereof. The patient was prepped and draped in the usual sterile fashion and placed in the dorsal supine position. With the aid of a 10 gauge scalpel blade, a lower transverse incision was made along the prior abdominal scar from her prior cesarean section. Incision was carried through the subcutaneous layer to the underlying rectus fascia. Rectus fascia was incised sharply in the midline. Incision extended bilaterally using Mayo scissors. Superior aspect of the rectus fascia was tented. Underlying rectus muscle dissected superiorly. Thereafter, the inferior aspect of the rectus fascia was held in similar fashion with a pair of Kocher clamps, underlying rectus muscle dissected to the level of the pubic symphysis bone. The midline of the rectus muscle was entered sharply by dissection with the Bovie device leading to the peritoneal cavity. The peritoneal membrane was incised vertically to make adequate exposure of the contents of the peritoneum. At this time, the contents of the peritoneum were explored manually and the uterus was noted to be mobile with palpable fibroids and noted left ovarian cyst. At this time, self-retaining O'Connor-O'Sullivan retractors were placed after surgical lap sponges were placed to mobilize the bowel from the operative field. With the aid of a pair of Heaney clamp, the cornua of the

---



**CLOVIS COMMUNITY MEDICAL CENTER**

CCMC

**Service Type:** Surgery
**Loc:** 5 MEDSURG CCMC
**Admit Date:** 08/31/2018
**Discharge Date:**

Fax Report

**Patient:** SCOGGINS,DANELLE RENEE
**MRN:** 01289484   **CSN:** 281425156
**DOB:** 12/7/1981 | **Age:** 36 | **Sex:** Female

---

Operative Report signed by Brown, Israel K, DO at 9/1/2018 12:44  (continued)

bilateral uterus was held as a manipulator.  The bilateral tubes were then excised using the EnSeal cautery and cutting device.  The specimen was sent to pathology.  The round ligaments were incised as such after being clamped with a Heaney clamp and the anterior broad ligament was dissected to develop the bladder flap.  The bladder was mobilized inferiorly.  The uterine vasculature was also doubly clamped and incised and secured with 0 popoff suture.  This was incised bilaterally to the level of the cardinal ligaments.  After securing the cardinal ligament, the uterus was amputated from the underlying cervix from below.  The uterus was then removed to make adequate exposure of the operative field.  Double tenaculum was applied to the uterine stump and the cervical stump and the uterosacral ligaments were doubly clamped and incised bilaterally to the level of the vaginal cuff. The cervix was then removed from the underlying vaginal cuff.  The cuff was then repaired with 0 Vicryl suture in continuous fashion with good hemostasis noted.  The cervix was removed and sent to pathology as well.  The peritoneal cavity was irrigated copiously.  The pedicles were revisited and were noted to be hemostatic as such.  At this time, the lap sponges and the self-retaining O'Connor-O'Sullivan retractor was removed and the bowel was returned to its prior repose.  At this time, the peritoneal membrane was reapproximated with 2-0 Monocryl suture in continuous fashion.  This was followed with reapproximation of the 0 Vicryl suture.  This was followed with the reapproximation of the rectus fascia using 0 Vicryl suture in continuous fashion.  The subcutaneous layer was reapproximated with 4-0 Vicryl pop-off suture.  The skin was reapproximated with disposable staples. Incision was dressed with pressure dressing with tape and gauze.  The patient tolerated the procedure well.  The patient was sent to recovery room in stable condition after successful extubation.  All lap sponges, equipment, clamps, tools and supplies were accounted for x3.


Israel Brown, DO

cc:  Planned Parenthood  Center


IB:jg
D:  08/31/2018  12:27 PM
T:  08/31/2018  02:33 PM
Doc#:4250211

---



**CLOVIS COMMUNITY MEDICAL CENTER**

**CCMC**

Service Type: Surgery
Loc: 5 MEDSURG CCMC
Admit Date: 08/31/2018
Discharge Date:

Fax Report

Patient: SCOGGINS,DANELLE RENEE
MRN: 01289484   CSN: 281425156
DOB: 12/7/1981  |  Age: 36  |  Sex: Female

Recipients
1 CC: Center, Planned Parenthood - Family First Health [311501]
2 CC: Brown, Israel K, DO [2741]

Note Type:
Operative Report

Doc ID:
ES4250211

### Confidentiality Statement:

The information contained in this facsimile document is confidential and intended only to be viewed by the recipient listed above. If you are not the intended recipient (or an employee or agent responsible to deliver this to the intended recipient), you are hereby notified that any distribution or copying of the document is strictly prohibited. If you have received this transmission in error, please notify us immediately at Community Medical Center's Corporate Transcription Department at:

(559) 459-6477 or (559) 459-2533.

This information has been disclosed from medical records whose confidentiality is protected by federal law. Federal regulations (42 C.F.R. part 2) prohibits you from further disclosure of this document without additional authorization from the patient.

RECEIVED
SEP - 4 2018
499432

Name: Scoggins, Danelle                    DOB: 12/07/1981                    Date: 09/21/2018

I even send it here as

Danelle Scogins
3044 N Fruit #P
Fresno, CA. 93705

PLACE
POSTAGE
HERE

MAIL TO: Fair Housing Hub

US Dept. of housing and urban Development

600 Harrison Street, Third floor

San Francisco, Ca 94107-1300

Public Reporting Burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

The Department of Housing and Urban Development is authorized to collect this information by Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, (P.L. 100-430); Title VI of the Civil Rights Act of 1964, (P.L. 88-352); Section 504 of the Rehabilitation Act of 1973, as amended, (P.L. 93-112); Section 109 of Title I- Housing and Community Development Act of 1974, as amended, (P.L. 97-35); Americans with Disabilities Act of 1990, (P.L. 101-336); and by the Age Discrimination Act of 1975, as amended, (42 U.S.C. 6103).

The information will be used to investigate and to process housing discrimination complaints. The information may be disclosed to the United States Department of Justice for its use in the filing of pattern and practice suits of housing discrimination or the prosecution of the person(s) who committed that discrimination where violence is involved; and to State or local fair housing agencies that administer substantially equivalent fair housing laws for complaint processing. Failure to provide some or all of the requested information will result in delay or denial of HUD assistance.

Disclosure of this information is voluntary.





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANELLE RENEE SCOGGIN,

Plaintiff,

v.

TURNING POINT CENTRAL CALIFORNIA,

Defendant.

Case No.  1:20-cv-00140-DAD-SAB

ORDER DISREGARDING FIRST AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS

(ECF No. 12)

On January 28, 2020, Danelle Renee Scoggin ("Plaintiff"), appearing *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On March 27, 2020, Plaintiff's complaint was screened and it was found not to state a cognizable claim.  (ECF No. 10.)  Plaintiff was ordered to file a first amended complaint within thirty days.  (Id.)  The order was mailed to Plaintiff and was returned undeliverable on April 8, 2020.  Plaintiff's address was updated pursuant to the address that Plaintiff had included on her objections to a prior findings and recommendations and the order was re-served by mail.  The re-served order was returned as undeliverable on April 27, 2020.

On May 7, 2020, Plaintiff filed a notice of change of address and the order was re-served on this date.  On June 11, 2020, a document entitled first amended complaint was filed.  (ECF No. 12.)  However, the document is not a complaint and is not signed by Plaintiff.  The document states that on May 7, 2020, "I" was told that the documents were resent however the appropriate papers had not been received.  The document requests that "I" be called and provides seven phone numbers, including one that is identified as "Grandmother".  The document is signed by Gloria Austin and the phone number is the number for the individual identified as

# Falcon Court-Permanent Supportive Housing Program

## A Program of Turning Point of Central California, Inc.

Date: 03/11/2022

Name: Danelle & Isaac Scoggins
3044 N Fruit St. # P
Fresno, CA 93705

To Whom it may concern

This letter is to serve as verification of residency and the rental amount obligation for Ms. Scoggins and her son Isaac Scoggins. The Scoggins are currently clients/tenants here at Falcon Court Permanent Supportive Housing Project and have been since October 28th, 2016. The Scoggins rent amount is $250.00 which is based on a 30% calculation of the household's combined income. Ms. Scoggin reports the only household income to be from her Social Security for the unit they are occupying, the rent amount does not include PG&E or any other additional utilities.

If you need further clarification please feel free to contact me at:
sdeleon@tpocc.org, please include an ROI.

Cordially,

*Sabrina De Leon, RASi*

Sabrina De Leon, RASi
Case Manager

**4415 N Clark #1, Fresno, CA . 93726**
**(559) 248-9445 fax  (559) 248-9346**

**PERMANENT SUPPORTIVE HOUSING PROGRAM**
**TURNING POINT OF CENTRAL CALIFORNIA, INC.**
**RENTAL AND SECURITY DEPOSIT AGREEMENT**

As a condition of my participation in the H.U.D. and Turning Point (Falcon Court) Supportive Housing Program
I, _Danelle Scoggins_ and I, _____ agree to the following terms and conditions:
(Name)                                                    (Name)

The term of this agreement is for **ONE year** beginning on ___3/1/19___ and ending on ___3/1/20___. This agreement will automatically renew on a month to month basis, beginning on ___4/1/20___. I agree to pay rent montly to Turning Point of Central California, Inc. ("Falcon Court"). This lease may be terminated by either party giving to the other a 30-day written notice of intention to terminate.

My initial rent payable to Turning Point monthly shall be $ _89.00_ each month beginning _4/1/19_ Utilities each month shall be $ ___. Clients Initials _D·S_. The Pro-rated rent for the balance of this month is $ _0_.
(If Applicable)

I agree to pay rent monthly to Turning Point in accordance with H.U.D. regulations which govern the program. Rent is assessed based on three formulas with the largest amount being the maximum required.
**The rent formulas are:**
  1.) 10 percent of monthly gross income
  2.) 30 percent of monthly adjusted income
  3.) Public assistance rent, if applicable

An Security deposit will be required in the amount of $ _600.00_ to ensure performance of the agreements contained herein. No part of this deposit is to be considered as an advance payment of rent including last month's rent, nor is it to be used as a refund prior to the premises being permanently and totally vacated by all residents. After the residents have vacated the premises, Turning Point will provide resident with an itemized written statement of the basis for the amount of any entry deposit retained by Turning Point. Turning Point may retain any or all of the deposit necessary to (a) remedy any default by residents in the premises or for unpaid rent; (b) repair damages to the premises to include repainting and carpet cleaning, exclusive of ordinary wear and tear, and/or to remove trash and clean premises to meet the landlord's re-rental standards. The unused portion of this deposit may be returned to the residents without interest, according to the law. Residents will be billed for any damages accrued above the amount of the security deposit. Deposit paid by Resident____ ESG____. Date paid:_____

Payment of rent is due on the 1st of each month or as agreed upon and stated below. A Late Fee of $ _45.00_ may be charged if rent is not received by the 5th day of the month. Payment of rent shall be in the form of **money order**, **cash**, or **cashier's check**, made out to **Turning Point of Central California, Inc.**

Failure to pay rent monthly will result in eviction from the property with a written three (3) day notice to move and/or legal action.

**RESIDENT:** shall comply with all tenant guidelines as stated on separate addendum, but which are deemed part of this rental agreement, and a violation of any of the tenant guidelines is considered a breach of this agreement.

**ACCEPTANCE OF PREMISES:** Resident has inspected the premises, furnishings and equipement, and has found them to be satisfactory. All plumbing, heating and electrical systems are operative and deemed satifactory.

I agree to produce documentation of all my monthly income. Failure to produce accurate documentation of my monthly income may result in my termination from the program. I agree to report changes in my monthly income to the Turning Point staff within forty - eight (48) hours of when I become aware of them. Intentionally misleading the program about my actual income could be fraud. The program could refer the case to the legal system for prosecution.

**RIGHT OF ENTRY AND INSPECTION:** Turning Point Staff may enter, inspect, and/or repair the premises at any time in case of emergency or suspected abandonment. The staff shall give 24 hours advance notice and may enter for the purpose of showing the premises during normal business hours to prospective renters, buyers, lenders, for smoke alarm inspections, and/or for normal inspections and repairs. Staff/Maintenance is permitted to make all alterations, repairs and maintenance that in Staff's judgment is necessary to perform.

**PETS:** No animal, fowl, fish, reptile, and/or pet of any kind shall be kept on or about the premises, for any amount of time, without obtaining the prior written consent and meeting the requirements. Such consent if granted, shall be revocable upon giving a 30 day written notice. In the event laws are passed or permission is granted to have a pet and/or animal of any kind, an additional deposit in the amount of $_____ shall be required along with additional monthly rent of $_____ along with the signing of the Pet Agreement.

**PEST CONTROL:** In case pest control services are needed, there will be a $50.00 charge to any resident whom fails to prepare for pest control services.



937 Klette Avenue, Fresno, California

EQUAL H.
OPPORTU.

DANELLE SCOGGINS
4754 E ALAMOS APT 202
FRESNO CA  93726

5/14/2018

Per your request your canceled application was reviewed and based on the information you provided, your application will remain active and the eligibility process will continue.  You will be contacted based on the last point of your application process to determine if you meet all other eligibility requirements.

Should you have any questions or concerns, please feel free to contact me at (559) 445-8995.

Sincerely,

Geneva Williams
Supervisor
Housing Management Division



**FRESNO** VIBRANT COMMUNITIES
QUALITY **HOUSING**
HOUSING
**AUTHORITY** ENGAGED RESIDENTS

# GENERAL RELEASE

*INSTRUCTIONS: Please copy this form and complete*

**CONSENT**: I authorize and direct any Federal,
release to the Fresno Housing Authority (FH), any
application for participation, and/or
Low Income Public Housing Program. I understand and ag
be used by HACCF in administering and enforcing Program ru

**INFORMATION COVERED**: Verifications and inquiries that may b
| Criminal Reports | Credit Reports | Eviction |
| Family Composition | Assets | School Rec |

**AGENCIES**: Agencies that may be asked to release information includes,
| Other Public Agencies | Child Care Providers | Financial In |
| Law Enforcement Agency | Internal Revenue Services | Child Prote |
| Utility Companies | Educational Institutions | Post Office |

Last Name: **Scoggins,**          First Name

Middle Name: **Renee**   Suffix: **MS**   Social Sec

Driver's/Identification License #: **B9462522**   Phone

Date of Birth (DOB): **12 / 07 / 81**   Sex:

**I DO hereby authorize** the release of information to the Fresno Hou
Authorization may be used for the purposes stated above. The ori
and will stay in effect for twelve months from the date signed.

IMPORTANT: The following law authorizes the collection
Act of 1937 (42 U.S.C., 1437 et seq.) Any information obtain
disclosed other than for the purpose of admission and/or conti
possession of the authority and all copies made from it shall be
on the housing.

# HOUSING DISCRIMINATION INFORMATION

Departamento de Vivienda y Desarrollo Urbano | Oficina de Derecho Equitativo a la Vivienda
U.S. Department of Housing and Urban Development | Office of Fair Housing and Equal Opportunity

**Instructions:** (Please type or print) Read this form carefully. Try to answer all questions. If you do not know the answer or a question does not apply to you, leave the space blank. You have one year from the date of the alleged discrimination to file a complaint. Your form should be signed and dated.

Danelle Renee Scoggins
Your Name

8044 N Fruit # P
Your Address

Fresno          CA          93705
City          State          Zip Code

anytime As.ap     559-286-3535
Best time to call     Your Daytime Phone No     Evening Phone No

## Who else can we call if we cannot reach you?

Shawn Williams                    Afternoons / Evenings
Contact's Name                    Best Time to call

(559) 365-2921
Daytime Phone No                    Evening Phone No

Sterling Crayton          Anytime
Contact's Name          Best Time to call

1-559-558-0595
Daytime Phone No          Evening Phone No

## What happened to you?

How were you discriminated against?

For example: were you refused an opportunity to rent or buy housing? Denied a loan? Told that housing was not available when in fact it was? Treated differently from others seeking housing?

State briefly what happened.

## WHERE TO MAIL YOUR FORM, OR INQUIRE ABOUT YOUR CLAIM

**For Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont:**
**NEW ENGLAND OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 321
Boston, MA 02222-1092
Telephone (617) 994-8320 or 1-800-827-5005
Fax (617) 565-7313 · TTY (617) 565-5453
E-mail: Complaints_office_01@hud.gov

**For New Jersey and New York:**
**NEW YORK/NEW JERSEY OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
26 Federal Plaza, Room 3532
New York, NY 10278-0068
Telephone (212) 264-1290 or 1-800-496-4294
Fax (212) 264-9829 · TTY (212) 264-0927
E-mail: Complaints_office_02@hud.gov

**For Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, and West Virginia:**
**MID-ATLANTIC OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107
Telephone (215) 656-0663 or 1-888-799-2085
Fax (215) 656-3419 · TTY (215) 656-3450
E-mail: Complaints_office_03@hud.gov

**For Alabama, the Caribbean, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, and Tennessee:**
**SOUTHEAST/CARIBBEAN OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Five Points Plaza
40 Marietta Street, 16th Floor
Atlanta, GA 30303-2808
Telephone (404) 331-5140 or 1-800-440-8091
Fax (404) 331-1021 · TTY (404) 730-2654
E-mail: Complaints_office_04@hud.gov

**For Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin:**
**MIDWEST OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard, Room 2101
Chicago, IL 60604-3507
Telephone (312) 353-7776 or 1-800-765-9372
Fax (312) 886-2837 · TTY (312) 353-7143
E-mail: Complaints_office_05@hud.gov

**For Arkansas, Louisiana, New Mexico, Oklahoma, and Texas:**
**SOUTHWEST OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
801 North Cherry, 27th Floor
Fort Worth, TX 76102
Telephone (817) 978-5900 or 1-888-560-8913
Fax (817) 978-5876 or 5851 · TTY (817) 978-5595
E-mail: Complaints_office_06@hud.gov

**For Iowa, Kansas, Missouri and Nebraska:**
**GREAT PLAINS OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Gateway Tower II
400 State Avenue, Room 200, 4th Floor
Kansas City, KS 66101-2406
Telephone (913) 551-6958 or 1-800-743-5323
Fax (913) 551-6856 · TTY (913) 551-6972
E-mail: Complaints_office_07@hud.gov

**For Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming:**
**ROCKY MOUNTAINS OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
1670 Broadway
Denver, CO 80202-4801
Telephone (303) 672-5437 or 1-800-877-7353
Fax (303) 672-5026 · TTY (303) 672-5248
E-mail: Complaints_office_08@hud.gov

**For Arizona, California, Hawaii, and Nevada:**
**PACIFIC/HAWAII OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
600 Harrison Street, Third Floor
San Francisco, CA 94107-1300
Telephone (415) 489-6524 or 1-800-347-3739
Fax (415) 489-6558 · TTY (415) 436-6594
E-mail: Complaints_office_09@hud.gov

_I maile them so many Discrimination form but no one Never call me back gave even help me and this matter_

**For Alaska, Idaho, Oregon, and Washington:**
**NORTHWEST/ALASKA OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Seattle Federal Office Building
909 First Avenue, Room 205
Seattle, WA 98104-1000
Telephone (206) 220-5170 or 1-800-877-0246
Fax (206) 220-5447 · TTY (206) 220-5185
E-mail: Complaints_office_10@hud.gov

_If after contacting the local office nearest you, you still have questions — you may contact HUD further at:_
U.S. Dept. of Housing and Urban Development
Office of Fair Housing and Equal Opportunity
451 7th Street, S.W., Room 5204
Washington, DC 20410-2000
Telephone (202) 708-0836 or 1-800-669-9777
Fax (202) 708-1425 · TTY 1-800-927-9275

## To file electronically, visit: www.hud.gov

# Amended Complaints

## New Address

Pick up mail and Recieval
(06/28/2020). New Address:

3460 W. Shaw Ave - Hometown
Studio. Phone 277-8700

Please Note: Due the fact there
was a Electrical Fire in my
Apartment Located 3014 N. Fruit
#P, Fresno, CA 93705. The Red Cross
and Housing Insepctor had all
Tenants to move from our
Apartments into the above
Address. For further assistance
you may call the above number
or my grandmother @ 559-
515-8877
Thank You
X Danielle Scoggins

06/10/2022

## Amended Complaint

Due to the fact of the COVIC 19 Pan-A-dimic & the sending of my mail to the wrong Address, I must re-file and Drop this papers in the Drop off Box, per your employee. I was told that on 05/07/20 that all my papers were "Resend" to me, however, I still have not received the Appropriate papers, your Professional Assistance is needed in this matter. Please call me at the following Numbers for I Must the help Need to continue what I Need to Respond Appropriate. 1. 559-355-4281 2. 394-3805, 3. 708-3321, 4. 835-2957 5. 974-1773 01  6. 365-3609 7. 515-6871-Grandmother.