UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE SCOGGINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALCON COURT, *et al.*,<br><br>　　　　Defendant. | Case No. 1:22-cv-01542-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Danelle Scoggins is proceeding *pro se* in this civil action alleging violations of the Fair Housing Act. On August 2, 2022, Plaintiff filed an application to proceed *in forma pauperis.* (ECF No. 2). Upon review, Plaintiff has made the requisite showing required by 28 U.S.C. § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted.

IT IS SO ORDERED.

　　Dated:　**December 19, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE