UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE SCOGGINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALCON COURT, *et al.*,<br><br>　　　　　Defendants. | No. 1:22-cv-01542-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(ECF No. 6) |

　　　　Plaintiff Danelle Scoggins ("Plaintiff"), proceeds pro se and *in forma pauperis*, commenced this civil action on December 1, 2022. (ECF No. 1.) This matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 3, 2023, the assigned Magistrate Judge screened Plaintiff's complaint, concluding that Plaintiff failed to state any cognizable claims. (ECF No. 4.) The screening order directed Plaintiff to either file a First Amended Complaint ("FAC") or notify the Court in writing that she wished to stand on her complaint within thirty days of service. (*Id.* at 10.) To date, Plaintiff has failed to comply with the Court's order.

　　　　On April 27, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's case be dismissed, without prejudice, for failure to prosecute and for failure to comply with the Court's order. (ECF No. 6.) The findings and recommendations contained notice that any objections were to be filed within fourteen days after service. (*Id*. at 6.)

1

To date, Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed on April 27, 2023, (ECF No. 6), are ADOPTED in FULL;
2. This case is DISMISSED, without prejudice, for Plaintiff's failure to prosecute and comply with the Court's order; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   July 20, 2023

UNITED STATES DISTRICT JUDGE

2