## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DANELLE SCOGGINS,**

CASE NO: **1:22–CV–01542–ADA–EPG**

v.

**FALCON COURT, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/20/2023**

**Keith Holland**
Clerk of Court

ENTERED: **July 20, 2023**

by: /s/ C. Maldonado
Deputy Clerk